STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CLEAR CLINIC and PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"),<br><br>*Defendants.* | Case No. 25-1906<br><br>**DECLARATION OF REYNA LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF REYNA LOPEZ, PRESIDENT OF PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE ("PCUN")

I, Reyna Lopez, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is Reyna Lopez. I am over the age of eighteen and make this declaration based upon my own personal knowledge.

2. I am the President of Pineros y Campesinos Unidos del Noroeste ("PCUN") (in English, "United Tree workers and Farmworkers of the Northwest")—Oregon's farmworker community union. I have held this position since 2018.

3. As the President I am responsible for overseeing PCUN's Board meetings, officer elections, bank statements, contracts. and legacy member engagement. My main job is being the spokesperson of the organization and making sure our programs and actions align with our vision and mission. My responsibilities also include bridging information from farmworker advocacy efforts engaging with the legislature to support bills to improve the conditions of our members and the Latinx working families; bridging farmworker electoral issues or supporting canvassing and outreach efforts through direct community engagement; and managing the Organizing Department, which is responsible for the Union organizing and membership meetings that guide the efforts of the organization. As the spokesperson for PCUN, I often go to testify before the state legislature on behalf of farmworker and immigrant working families, and engage with public media to promote our campaigns, projects and programs. In my role, I embody PCUN's culture and vision to inspire our staff and community.

**PCUN's Core Programs**

4. PCUN is Oregon's farmworker community union and political action non-profit organization. PCUN was founded in April 1985 as Oregon's union for farm and tree workers. Our mission to end exploitation and all of its effects. We work to collaborate with organizations that also empower farmworkers and Latinx working families through electoral representation, and policy change at the the state and national levels.

5. PCUN is now one of Oregon's longest standing Latino organizations and is organized as a nonprofit mutual benefit corporation with members under Oregon law.

6. PCUN advocates for and empowers Oregon farmworkers and working Latinx families to advance their communities' goals and enact systemic change through organizing and increasing political representation and participation. Our central values are equity, dignity and respect. "Si se puede" (in English, "yes, we can") is our motto. We work to promote workers' rights, immigrant rights, environmental justice and gender justice. Our organization engages with the issues that are most pressing to our members. In order to establish which topics are priorities for the community, we engage in diverse outreach activities, including worksite visits, direct calls, community events, door-to-door canvassing and membership bi-monthly meetings. Consistently, our members are most concerned about immigration issues, followed by housing and employment concerns.

7. PCUN is known for engaging in community organizing to promote and to help pass state legislation and policies in furtherance of our values and our members' priorities. PCUN has been a main advocate behind many initiatives that center immigrant workers, such as

securing funding in the Oregon legislature for the Universal Representation program, which aims to provide free immigration legal representation for low-income Oregonians.

8. Although our membership largely consists of farmworkers and many of our services target this community, our programs also serve Oregon's Latinx community at large. Some specific programming is reserved for active union members, such as setting the priorities for the organization and participating in leadership development programs. Our other services, including assistance programs, are open to the whole Latinx community.

9. As part of our regular programming, PCUN holds monthly in-person union membership meetings at our headquarters in Woodburn, Oregon. During these meetings, members vote on priorities for the work of the organization, and we usually invite speakers to provide information to the community mostly on topics related to workers' rights and policies, but we also include immigrant rights, updates on state programs, and resources available to the Latinx community.

**PCUN's Membership**

10. PCUN is based in the city of Woodburn in Marion County, Oregon. A large portion of our membership lives in the Willamette Valley area near Woodburn. The Willamette Valley is one of Oregon's largest agricultural regions and is home to a large concentration of agricultural workers. PCUN also serves the farmworker and Latinx community throughout the state.

11. To date, PCUN has around nine thousand registered members. The number of active union members – members who are both registered and pay dues – fluctuates throughout the year, but it is typically around 500 people year-round.

12. PCUN has two types of members: (1) legacy members and (2) original members. Legacy members are those individuals who were a registered member of the organization before 2018, even if they are no longer a farmworker. Original members are those individuals who are currently farmworkers for at least one season each year.

13. PCUN also has a separate group, named "Union del Pueblo," which allows non-farmworkers who are part of a Latinx working family to sign up to be part of educational programming. In total, the PCUN community is comprised of around 30,000 supporters.

14. It is not a secret that farmworkers are a majority immigrant workforce, mostly from Latinx origins, and that most of them are undocumented or are part of mixed-status family units.

**Impacts on PCUN's members**

15. Since January, the Trump administration announced that they would be increasing immigration enforcement and would engage in mass and large-scale largest deportations across the nation. At the start of the summer, the federal government sent additional agents and personnel to reinforce the operations of ICE in the state. As President of an union serving Latinx and immigrant communities, I became uneasy about what this would mean for PCUN's members, and even our staff, who could be targeted with the influx of federal forces. After the surge in immigration enforcement became known, PCUN started to receive calls with questions from our members and our community. Mostly, people were in panic and wanting to access immigration representation resources.

16. Over the course of the following weeks, we heard from our members that farmworkers were being arrested without warrants, and that even when they called the PIRC state-wide hotline and were able to connect with an attorney, that the attorney was not allowed to meet with the detained person before the person was moved out of state. We learned that attorneys were not being given access before these individuals were transported out to the detention facility in Tacoma, WA, making even more difficult for families to find representation or have resources to help their loved ones.

17. Since the start of the Trump administration, the anti-immigrant rhetoric and the promise of mass deportations without due process have caused widespread fear to our members and community. People are afraid, to the point that they will not access essential services because they fear immigration enforcement will act lawlessly to arrest, detain, and deport them.

18. Many of the community members we serve have been placed in an untenable situation: they must now choose whether to go to work, get necessary medical care, send their children to school, or request other social assistance, when doing so could subject themselves or their loved ones to immigration enforcement.

19. Our main concern as an organization is the social fabric of our members and broader community. No one should live in a society without the ability to go out in public without fear that they will be detained and swiftly deported without even having the chance to have an attorney advise them on the complex immigration laws, and be able to fight to stay with their families.

20. It is important to note that many of our members' families and in the Latinx working community are of mixed immigration status. This means that many of our members families consist of some people who are United States citizens or permanent residents, some who are undocumented, and others who have pending applications or have temporary legal protections. But most importantly, our membership consists of Latinx people.

21. In Oregon, we have had sanctuary laws for decades, ever since a Chicano man was racially profiled by a police officer who accused him of being undocumented and arrested him because of the color of his skin. Having access to representation gave his case visibility and changed the way law enforcement behaves in the state of Oregon. Without that access, he might have even been deported without accountability or systemic change.

22. As part of our programming, PCUN has been providing our members with Know-Yor-Rights trainings and facilitating the connection to the Equity Corps of Oregon ("ECO") Universal Representation program. We have expressed how important it is to assert rights in face of a detention, and that having access to an attorney can often make the difference between trying to stay and being removed without due process. Our members also know that there is a rapid response network in Oregon that they can call when there are confirmed reports of an immigration enforcement action. We have shared and educated our members that if they witness or are impacted by an immigration detention, they should immediately call the PIRC hotline to report what happened and to get connected to resources, including legal representation.

23. A lot of our members have very limited education; many have very basic reading and writing skills or are completely illiterate. Most of our members need assistance navigating everyday processes ranging from something as simple as reading a telephone bill to explaining medical records and instructions. While they have immense knowledge and expertise in their work, including knowledge of fruit and plants, they may not have the ability to read a document. For our members in these circumstances, it is especially harmful to not have access to an attorney when they are going through a complicated legal process and in the custody of the government.

24. If the immigration system is complex enough to a person who is fairly educated and literate in English, there is a heightened level of harm to an individual who is trying to understand what is happening after a detention while not being able to even read the documents that the agents provide to them. Without the support of attorneys, our members who may be taken into custody will be forced to make decisions about their rights without understanding what they might be waiving or declining. Not having access to counsel can mean that our members of all immigration statuses may be unlawfully detained or deported without recourse, because they are targeted based on the color of their skin and their type of job.

25. Since the start of the Trump administration, we have seen an increase in detentions of Latinx people. Over the past couple months, and at the height of harvest season, we have experienced many detentions in the farmworker community. For example, very well-known community member who worked in vineyard maintenance was detained and deported while he was on his way to work. We received at least two reports where vans

transporting farmworkers to harvest berries were stopped on the highway, the workers were detained, and many of them were deported. During these latest arrests, the farmworkers were denied the chance to timely meet with attorneys and forced to make legal decisions without consulting with counsel - even though we confirmed that there were attorneys trying to access the farmworkers who were detained and taken to the Macadam ICE building to process them.

26. The agricultural sector relies on migration to supply most of their workforce; farm work is mostly carried out by brown and black people, that is how the industry works. Thus, when the federal government calls for enforcement on black and brown communities, farmworkers are far more vulnerable to discrimination and racial profiling.

27. The rise in detentions and deportations has caused fear in the farmworker community and people have been on high alert. We have heard from community members that they are limiting their activities to stay at home and just meet basic needs to avoid being harassed by agents. There have also been reports of people who have been followed for days, and then they get a knock on the door requesting they come out, or agents will barge in; other individuals have seen unmarked vehicles waiting outside their homes for them to come out and be detained.

28. During the week of October 12, 2025, we have witnessed an increased presence of ICE agents in our communities, including agents surveilling apartment complexes where our member families reside and agents making detentions early in the morning, at the time farmworkers are leaving for work or dropping off their children at school.

29. Just in the past 24 hours, on October 15, 2025, at least three detentions happened in Woodburn: two young men were detained outside their apartment complex and a third, senior man, was detained in the street. On information and belief, the agents did not have a warrant and were not specifically looking for them.

30. Additionally, part of the PCUN team witnessed a group of agents parked around the block from Washington Elementary school near the center of Woodburn. Those agents got back in their car and sped out of the area after they noticed people had noticed their presence. This alarmed school officials and community members fearing that they might try to detain parents and even children upon pick-up or drop-off.

**Impacts on PCUN as an organization**

31. In addition to the impacts on our membership, these arrests and actions also affect us as an organization. We have experienced an increase in calls asking for legal assistance, advice, and legal services that we facilitate through our core programming and partnerships to our members and the community.

32. Our community trusts us to provide them with support and information, and accurate information, and it is part of our mission to address the most pressing topics for our working families. If we are not able to provide accurate information regarding the rights that our community can and should assert, or if we are unable to actually provide the legal services facilitation, we are not serving part of our mission to serve the farmworker community.

33. In our building, we host the Centro de Servicios para Campesinos (in English "Farmworker Service Center") which is one of our sister organizations who navigates and

enrolls community members into the Oregon Worker Relief program, that includes access to the Universal Representation program through the Equity Corps of Oregon ("ECO"). Since February, we have faced an unprecedented number of calls to the requesting to be enrolled in the program to obtain immigration legal support. Our membership and our team rely on the operation of the rapid response network and their ability to show up for the community.

34. Our community is in great fear and in need of guaranteed legal assistance. Even when we have provided the connection to legal support, the denial of access to counsel when a detention happens hinders all our efforts to provide services to our community – it is as if effectively we are not providing them at all, despite the time and resources we have invested.

35. For the immigrant community, any perceived barriers to access services will discourage any further efforts to reach out for assistance; most of the time if the service is not readily accessible, our community believes the services are not available for them. This in turns leaves farmworkers and immigrant families, one of the most marginalized and vulnerable groups, unprotected.

36. At PCUN, we are still trying to figure out how to navigate this new reality, its impact on our programming, and the policies and the additional safeguards we need to implement in order to continue to work for our members and to further our goals of increasing political representation and participation of the farmworker and Latinx community. This increased enforcement has impacted our members, who are scared to even leave their homes out of fear that they will be racially profiled and they will be detained, regardless of whether

they have a lawful immigration status or not. The surge in immigration enforcement has already significantly impacted us as an organization; part of our core programming consists of providing community education on their rights, including access to counsel, and we rely on being able to refer our members to the Universal Representation program through our sister organizations.

37. As the face of PCUN, every single time I have to get in front of an audience I am on high alert wondering if ICE is going to appear and start a raid. It is disturbing to be speaking for immigrant communities and to be the voice for a migrant workforce and pretend everything is ok, when I too, could be caught in the crossfire as a Latina woman.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Executed in Woodburn, Oregon on October 15, 2025.

_____
REYNA LOPEZ
President, PCUN