**BRETT SHUMATE**
Assistant Attorney General
**MICHAEL VELCHIK, DC #187249**
Senior Counsel
Michael.Velchik@usdoj.gov
**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SARAH E. FELDMAN, OSB # 141458**
**MICHAEL J. JETER, OSB # 165413**
Assistant United States Attorneys
Sarah.Feldman@usdoj.gov
Michael.Jeter@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
        Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE,**<br><br>                Plaintiffs,<br><br>v.<br><br>**KRISTI NOEM; TODD LYONS; CAMMILLA WAMSLEY; PETE FLORES; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,**<br><br>                Defendants. | Case No. 6:25-cv-01906-AA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants, by and through counsel, hereby enters the appearance of Senior Counsel Michael Velchik as counsel for Defendants in the above-captioned action.

DATED this 22th day of October 2025.

BRETT SHUMATE
Assistant Attorney General
Civil Division

*/s/ Michael Velchik*
MICHAEL VELCHIK
Senior Counsel

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Sarah E. Feldman*
SARAH E. FELDMAN
Assistant United States Attorney

Attorneys for Defendants