STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CLEAR CLINIC, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, and LEON X, individually and on behalf of others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"), <br><br> *Defendants.* | Case No. 6:25-cv-01906-AA <br><br> **DECLARATION OF CLAIRE FAWCETT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

**DECLARATION OF CLAIRE FAWCETT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Claire Fawcett, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is Claire Fawcett. I am an attorney licensed by, and a member in good standing of, the California State Bar and a member of the American Immigration Lawyers Association. My California State Bar Number is 291902. I am an attorney with Vanderwall Immigration, with offices in Beaverton, Oregon and Salem, Oregon. My law practice focuses on U.S. immigration law, which I have practiced since my admission to the California State Bar in 2013. I represent clients before agencies within the U.S. Department of Homeland Security, including U.S. Immigration and Customs Enforcement (ICE) and the Department of Justice, such as the Executive Office for Immigration Review.

2. I represent two clients in particular who have been detained recently by ICE and held in the Portland Enforcement and Removal Operations' Macadam Street Facility located at 4310 S Macadam Avenue, Portland, OR 97239.

3. I submitted a U-visa on behalf of my first client in January 2024. He received Bonafide determination notice in May 2025, and his Employment Authorization Document based on deferred action the same month. He has never been arrested by the police. ICE officers pulled him over while he was driving in Hillsboro, Oregon and detained him on October 14, 2025, in the afternoon. He showed the officers his work permit and valid drivers' license. He was not allowed to make a phone call but was able to provide his number to a spectator nearby who contacted his family. His son contacted me that afternoon and asked for my help to locate him and to advocate for his release.

DECLARATION OF CLAIRE FAWCETT ISO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Page 2

4. The second client was a client of our office, but the attorney representing him, Valerie Vaello, works remotely. The second client had entered the U.S. as an unaccompanied minor in 2015. He submitted an asylum application with the asylum office in 2017, and we submitted a Joint Motion to Dismiss his case from proceedings with the Department of Homeland Security in 2022. He now has an approved I-130 and a pending adjustment of status case through his U.S. Citizen mother. He has never been arrested by the police. On October 28, 2025, our office received a phone call from his sister, who let us know that he had been detained by ICE at a gas station in Cornelius Oregon.

**Access Attempts at the Portland ICE Office**

5. When our first client was detained, we immediately tried to find him on the online detainee locator, but his name and A number were not found. On October 14, 2025, around 3 p.m. I called Macadam Street Enforcement and Removal Operations to try to inquire as to where he was located. After several attempts, an ICE officer picked up, who did not answer the phone by name. I introduced myself and told him that I represented my client in his case and was trying to locate where he was detained. I offered to give the officer my client's A number. The officer asked for my client's name instead. When I told him my client's name, he immediately said that they did not have anyone by that name. I learned the next day that he was in the Tacoma Detention Center.

6. On the date that the second client was detained, I initially attempted to call Macadam Street Enforcement and Removal Operation, but when I selected the correct option, the phone kept beeping and I was not able to get anyone on the phone.

DECLARATION OF CLAIRE FAWCETT ISO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

7. I spoke with the client's girlfriend and mother at our office, while his registered attorney, Valerie Vaello, attempted to contact Macadam Street Enforcement and Removal Operation. Valerie was also unable to reach anyone at the office. We were able to confirm that the client was located at the Portland ICE Office through the online detainee locator. The client's girlfriend and mother told me they had stopped at our office on their way to the Portland ICE Office because they called and were told they could not access the client unless they had an attorney present. For that reason, I traveled to the Portland ICE Office the same day and arrived before 4 p.m. with the client's mother and sister. I had copies of his applications, receipt notices, and a G-28 signed from his mother (the petitioner). When I arrived, I saw the entire facility was boarded up and there were guards with guns on the roof. I approached the gate, and, through the bars of the gate spoke with a guard. He informed me that the ICE facility was closed and had closed at 3 p.m. I let them know that I was there because I knew that my client had been detained and was being held at the office. I told them that his family members were told they could not access him without an attorney and that I needed to speak with the officer in charge of the case. The guard went back into the office. He motioned me to a side door and when he emerged, he simply told me the client had already been transferred to Tacoma, WA.

8. In both cases, I was unable to find the correct location for my client, unable to access anyone with information about my client, and both clients were immediately transferred outside of the jurisdiction to the detention center in Tacoma.

**Impact on Legal Representation and Clients**

DECLARATION OF CLAIRE FAWCETT ISO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Page 4

9. If I had been able to speak with someone regarding either of these clients, I may have been able to directly advocate for their release as both clients were known to the government and had been determined not to be a flight risk or a danger to the community. The first client was a victim of a crime with health issues whose case had already been reviewed and deemed Bonafide by the Department of Homeland Security. The second client has been released from custody previously and no circumstances have changed since that release. Furthermore, the Department of Homeland Security agreed to dismiss deportation proceedings against him three years ago and he has a pending application for legal permanent residency.

10. Because I was unable to access my clients in a timely manner and was unable to speak with officials at the Macadam Street Enforcement and Removal Operation about my clients' cases, the clients were placed in detention in Washington, where I could not represent them. The first client was finally able to be released through a Habeas petition, but the second client remains in custody.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Executed in Beaverton, Oregon on November 10, 2025.

Claire Fawcett
Vanderwall Immigration
8625 SW Cascade Ave, Ste 450

DECLARATION OF CLAIRE FAWCETT ISO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION