STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X, on behalf of a class of all similarly situated people,<br>    *Plaintiffs,*<br><br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"),<br>    *Defendants.* | Case No. 6:25-cv-01906-AA<br><br>**DECLARATION OF STEPHEN W. MANNING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

## DECLARATION OF STEPHEN W. MANNING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Stephen W. Manning, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of Oregon and am a member in good standing of the bars of, among others, the U.S. District Court for the District of Oregon, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I am counsel in the above-captioned matter. I am a member of the American Immigration Lawyers Association (AILA), a former member of the AILA Board of Governors, and a former Chair of the AILA Oregon Chapter. I am over 18 years old and have personal knowledge of the facts described herein.

2. I am the Executive Director of the Innovation Law Lab, a nonprofit in Oregon that I founded to improve the legal rights of immigrants and refugees in the United States. In my role at Innovation Law Lab, I led the organizing of the Artesia Pro Bono Project in 2014 and the Dilley Pro Bono Project in 2015, both of which are detention-based projects that provided universal representation to detained families in rapid removal proceedings. In 2017, I designed the model for the Southeast Immigrant Freedom Initiative, an initiative of the Southern Poverty Law Center in collaboration with Innovation Law Lab, to provide representation to adult noncitizens detained at immigration facilities in the Southeastern United States. I also designed and directed the pro bono representation project called the Centers of Excellence, which provided support to noncitizens and their pro bono attorneys, including legal, technical, and strategic assistance in the preparation and presentation of claims. Through the Centers of Excellence, I directed representation projects in Georgia, Kansas, Missouri, North Carolina, and Oregon. In Oregon, under my direction, approximately 125 pro bono lawyers have been trained on asylum and removal defense.

3. In 2015, I was awarded the AILA Founder Award as a person who had the most substantial impact on the field of immigration law or policy in relation to the Artesia Pro Bono

2

Project and the Dilley Pro Bono Project. In 2017, I was named the most innovative lawyer in North America by *Financial Times* for my work in creating these immigrant and refugee representation detention-based projects.

4. Innovation Law Lab's work is centered on providing representation to asylum seekers and other persons who are unrepresented in removal proceedings. In 2018, we mobilized around the civil detention of 123 immigrant men at the Federal Correctional Institution Sheridan, Oregon (FCI Sheridan). Law Lab provided pro bono legal representation to every man detained at FCI Sheridan who requested our representation, thus insuring adherence to due process norms. Every individual represented by the Law Lab was found to have a credible fear of persecution or torture; leading to, for most, the conclusion of expedited removal proceedings, the initiation of INA § 240 proceedings, and eligibility for release from detention. In the end, 97 percent of the men we represented at Sheridan were released on bond or parole after Law Lab pro bono counsel began representation.

5. Innovation Law Lab also has played a central role in developing, designing, and delivering legal services through Equity Corps of Oregon ("ECO"), Oregon's first universal representation program, which launched in October 2018. Universal representation is the concept that no individual should have to face the risk of deportation without the assistance of legal representation. Innovation Law Lab coordinates and reviews all ECO referrals and provides technical and strategic support to partner nonprofit immigration legal service providers who represent immigrants in removal proceedings in the Portland Immigration Court. To date, ECO has provided legal services to over 16,000 individuals proceeding in immigration court, applying for affirmative immigration benefits, or facing detention or deportation.

6. In my role as Executive Director of Innovation Law Lab, I also oversee the organization's litigation and legal advocacy work. All of our litigation and legal advocacy work serves our mission and organizational purpose to advance immigrant and refugee justice.

7. I have served as co-counsel in several class actions and complex cases on behalf of individuals seeking access to the U.S. immigration system, and organizations seeking to provide

legal services to individuals seeking asylum or other forms of humanitarian relief. Those cases include *Doe # 1 v. Trump*, No. 3:19-cv-01743-SI (D. Or. filed Nov. 1, 2019) (certified class action challenge to Presidential Proclamation 9945); *Gomez v. Trump*, No. 20-cv-01419 (D.D.C. filed May 28, 2020) (certified class action challenge to Presidential Proclamations 10014 and 10052); *Immigrant Defenders Law Center v. Wolf*, No. 2:20-cv-09893 (C.D. Cal. filed Oct. 28, 2020) (certified class action challenge to initial implementation of the "Migrant Protection Protocols"); and *Haitian Bridge Alliance v. Biden*, No. 1:21-cv-03317 (D.D.C. filed Dec. 20, 2021) (putative class action challenge to pervasive rights violations against Haitians seeking asylum in Del Rio, Texas). Innovation Law Lab has also served as a plaintiff organization in several federal litigation matters, including *Innovation Law Lab v. Mayorkas*, No. 3:19-cv-00807-RS (N.D. Cal. filed Feb. 14, 2019), which challenged the Migrant Protection Protocols as a violation of the Immigration and Nationality Act.

8. Through these and other cases, I have developed an understanding of, and special skills in, the areas of immigrants' rights and civil rights litigation in the U.S. federal courts. I have also developed expertise in serving as class counsel to classes of noncitizens worldwide.

9. Tess Hellgren is a licensed attorney and the Director of Legal Advocacy of Innovation Law Lab. She is a 2019 graduate of Harvard Law School, where she graduated *magna cum laude*. Ms. Hellgren was first admitted to practice law in 2019 in both Florida and Oregon, and she is also a member in good standing of the federal bars including the U.S. District Court for the District of Oregon, the U.S. Courts of Appeals for the Ninth Circuit, and the U.S. Supreme Court. She has been appointed class counsel in *Doe #1 v. Trump*, No. 3:19-cv-01743-SI (D. Or. filed Nov. 1, 2019) (certified class action), *Gomez v. Trump*, No. 20-cv-01419 (D.D.C. filed May 28, 2020) (certified class action), and *Immigrant Defenders Law Center v. Wolf*, No. 2:20-cv-09893 (C.D. Cal. filed Oct. 28, 2020) (certified class action), and is putative class counsel in *Haitian Bridge Alliance v. Biden*, 1:21-cv-03317 (D.D.C. filed Dec. 20, 2021) (putative class action) and *Carlos Doe v. ICE*, No. 1:23-cv-00971-MLG (D.N.M. filed Nov. 3, 2023) (putative class action challenging unlawful recertification of immigrant detention facility). She is also

counsel of record in a range of immigration-related litigation filed and pending before the District Court for the District of Oregon, including twelve *habeas corpus* petitions filed this year.

10. Jordan Cunnings is a licensed attorney and the Legal Director of Innovation Law Lab. She is a 2014 graduate of the UCLA School of Law, where she graduated first in her class and Order of the Coif. Ms. Cunnings was first admitted to practice law in 2015 in California (where she is now inactive) and subsequently admitted to practice law in 2018 in Oregon. She spent two years clerking for a judge on the Ninth Circuit Court of Appeals. She is also a member in good standing of the federal bars including the U.S. District Court for the District of Oregon, the U.S. Courts of Appeals for the Ninth Circuit, and the U.S. Supreme Court. She has been appointed class counsel in *Gomez v. Trump*, No. 20-cv-01419 (D.D.C. filed May 28, 2020) (certified class action), and *Immigrant Defenders Law Center v. Wolf*, No. 2:20-cv-09893 (C.D. Cal. filed Oct. 28, 2020) (certified class action). She is also counsel of record in a range of immigration-related litigation filed and pending before the District Court for the District of Oregon and the Ninth Circuit Court of Appeals, including twelve *habeas corpus* petitions filed this year.

11. Kelsey Provo is a licensed attorney and Associate Legal Director of Innovation Law Lab. She is a 2014 graduate of the University of Oregon School of Law. Ms. Provo was first admitted to practice law in October 2014 in Oregon. Ms. Provo was subsequently admitted to practice law in California in December 2015. She is also a member in good standing of the federal bars including the U.S. District Court for the District of Oregon and the U.S. Courts of Appeals for the Ninth Circuit. She has been appointed class counsel in *Immigrant Defenders Law Center v. Wolf*, No. 2:20-cv-09893 (C.D. Cal. filed Oct. 28, 2020) (certified class action). She has also been counsel of record in immigration-related litigation filed and pending before the District Court for the District of Oregon, including *L-A-R-A- v. Wamsley*, No. 3:25-cv-10994-AB (D. Or. filed Oct. 28, 2025), *Ortega Gonzalez v. Noem*, No. 6:25-cv-00622-MC (D. Or. filed Apr. 16, 2025), *Doe v. Noem*, No. 6:25-cv-00632-MC (D. Or. filed Apr. 17, 2025), and *M.C.F. v. U.S. Citizenship and Immigr. Servs.*, No. 6:24-cv-00861-AA (D. Or. filed May 29, 2024).

12. Nelly Garcia Orjuela is a licensed attorney and Staff Attorney at Innovation Law Lab. She is a 2022 graduate of The City University of New York School of Law. Ms. Garcia Orjuela was first admitted to practice law in July 2022 in New York. Ms. Garcia Orjuela was subsequently admitted to practice law in Oregon in October 2022. She is also a member in good standing of the federal bar of the U.S. District Court for the District of Oregon. She has also been counsel of record in a range of immigration-related litigation filed and pending before the District Court for the District of Oregon, including *PCUN v. Noem*, No. 6:25-cv-00699-AA (D. Or. filed April 28, 2025), and eleven *habeas corpus* petitions filed this year, such as *O-J-M- v. Bostock,* No. 3:25-cv-00944-AB (D. Or. signed July 14, 2025), and most recently *M-J-M-A- v. Wamsley*, No. 6:25-cv-02011-MTK (D. Or. Filed Oct. 30, 2025), and *M-L-G-G- et al v. Wamsley,* No. 6:25-cv-02012-AA (D. Or. Filed Oct. 30, 2025).

13. Innovation Law Lab's mission is to leverage advocacy, technology, and law to fight for immigrant and refugee justice. Litigation challenging programmatic policies and practices is a core component of our programs. Neither Innovation Law Lab, myself, nor any of my co-counsel listed above are receiving reimbursement from the Plaintiffs or putative class members in this case.

14. I am aware of no conflicts of interest between myself, my co-counsel listed above, Innovation Law Lab, and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Portland, Oregon, on November 12, 2025.

Stephen Manning, OSB #013373