STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org, smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X, on behalf of a class of all similarly situated people, <br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"), <br> *Defendants.* | Case No. 6:25-cv-01906-AA <br><br> **DECLARATION OF EMILY RYO IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

## DECLARATION OF EMILY RYO IN SUPPORT OF
## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, EMILY RYO, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1.      My name is Emily Ryo. The facts set forth in this declaration are based on my personal knowledge, unless otherwise indicated, and, if called as a witness, I could and would testify thereto. I am over eighteen years of age and of sound mind to declare to the facts stated herein.

2.      I am the Charles L. B. Lowndes Distinguished Professor of Law and Professor of Sociology at Duke University School of Law. Prior to teaching at Duke, I held teaching positions at University of Southern California Gould School of Law and Stanford University. Prior to entering academia, I clerked for the Hon. M. Margaret McKeown of the United States Court of Appeals for the Ninth Circuit and practiced as a lawyer with Cleary, Gottlieb, Steen & Hamilton. I am a graduate of University of Illinois, Urbana-Champaign (B.A. in History), Harvard Law School (J.D.), and Stanford University (Ph.D. in Sociology).

3.      I am an empirical legal scholar, and my current research focuses on immigration enforcement, immigration court decision-making, and the criminal justice system. I use both quantitative and qualitative methods in my research and publish widely in both sociology and law journals. My article with Ian Peacock, "A Study of Pandemic and Stigma Effects in Removal Proceedings," Journal of Empirical Legal Studies 19(3): 560-593, received the 2023 Article Prize from the Law and Society Association. I have been awarded the National Science Foundation Research Grant, the ABF/JPB Access to Justice Fellowship, and the Andrew Carnegie Fellowship, among others, to support my research and scholarship.

4.      I have analyzed U.S. government data related to arrests in Oregon by Immigration & Customs Enforcement (ICE) and have set forth the analysis in this declaration.

5.      The data that I used for my analysis comes from two sources. First, I used a table taken from a dataset released by ICE in response to a FOIA request. This table is the primary

source of the data that I used. On December 1, 2025, the Deportation Data Project made public a dataset that they had obtained through a public records request that included arrest records from September 2023 to mid-October 2025.[1] The Deportation Data Project is a project housed at U.C. Berkeley School of Law. The project maintains a website, https://deportationdata.org/.

6.     The dataset published on the Deportation Data Project's website tracks five key enforcement actions that ICE takes. The following description of these actions comes from the Deportation Data Project's data documentation.[2] First, the dataset tracks encounters: any in-person or virtual contact with a person ICE believes might be eligible for enforcement action; these include records of automated fingerprint matches after someone is booked into a jail or prison. Second, the dataset tracks detainer requests: requests by ICE for a jail or prison to detain noncitizens beyond their release dates to allow ICE to arrest them (and/or to notify ICE of dates and times of release). Third, the dataset tracks ICE arrests: apprehensions that ICE conducts either in jails and prisons or at large of people it charges with civil violations of U.S. immigration law. Fourth, the dataset tracks detentions: each time that ICE books someone into or out of a detention center or hold room. Finally, the dataset tracks ICE removals: each time that ICE removes someone from the United States, whether pursuant to a removal order or a grant of voluntary departure.

7.     I relied on the ICE "Arrests" table ("ICE Arrest table"), which indicates every time ICE arrests someone, whether or not that arrest results in a decision to detain the person. The table lists data at the individual level, which means it contains a row for each individual immigration arrest. This allows an analyst to count the number of arrests that occurred in a given state.

8.     The ICE Arrest table contains twenty-three data points about each arrest, including data points for the date of arrest by ICE and the state in which the arrest occurred.[3]

---

[1] *See* Deportation Data Project, "Latest Data Release," https://perma.cc/H76Q-8UW2 [https://deportationdata.org/data/processed/ice.html] (last visited Dec. 14, 2025).

[2] *See* Deportation Data Project, "ICE Data Codebook," https://perma.cc/ZQ2P-XZQ3 [https://deportationdata.org/docs/ice/codebook.html] (last visited Dec. 14, 2025).

[3] The Arrest table uses "apprehension_date" and "apprehension_state" to refer to the date of arrest and the state of arrest, respectively.

9.      The ICE Arrest table has approximately 377,000 records overall. From this table I created a smaller dataset consisting of all ICE arrests where the state of arrest is coded as "OREGON." This dataset contains 807 rows that reflect 807 ICE arrests made in Oregon within the date range September 5, 2023 through approximately October 15, 2025. The October 2025 arrest data is incomplete in that the ICE Arrest table lacks data for arrests that occurred after October 15, 2025, and the table most likely does not account for all arrests that occurred on October 15, 2025, either.

10.     To get a fuller understanding of the current level of immigration arrests in Oregon, I relied on a second data source to attempt to fill the data gap relating to arrests for the month of October 2025.

11.     The second data source that I considered is the statement that U.S. Border Patrol Chief, Michael Banks, made on his verified X feed on November 14, 2025. In that statement, he wrote that, "It has been one month since our law enforcement teams began operating in Portland, Oregon. In October alone, over 560" individuals were "targeted and apprehended."[4]

12.     Empirically, there are reasons to be cautious in over-relying on Chief Banks' statement; primarily, it is not amenable to the same type of direct analysis as the records contained in the ICE Arrest table. However, it is a public statement of a government official relevant to understanding the current level of enforcement in Oregon. I have indicated where I have relied on this source to fill in the October 2025 data gap.

13.     I present the results of my analysis below. Table 1 shows the total monthly and daily number of arrests that occurred in Oregon between September 2023 and October 2025.

14.     First, I analyzed the Arrest table by counting the number of arrests that occurred each day in Oregon. Figure 1 shows the total number of daily arrests between September 5, 2023 and October 15, 2025.

---

[4] Michael W. Banks, "Operation Oregon Support: PORTLAND SWEEP," X, November 14, 2025, https://x.com/USBPChief/status/1989500427121918422?s=20 (last visited Dec. 14, 2025).

**Figure 1. Daily ICE Arrests in Oregon, September 5, 2023-October 15, 2025**



15.     Next, I incorporated Chief Banks' statement of 560 total arrests for the month of October 2025. The ICE Arrest table indicates that 87 arrests occurred between October 1, 2025 and October 15, 2025, with 33 total arrests occurring on October 15, 2025, which is the last day for which ICE released FOIA data to the Deportation Data Project. For the purposes of this analysis, I assumed that Chief Banks' statement of 560 total arrests for the month of October 2025 is accurate, and that it includes the 87 arrests that the Arrest table indicates occurred between October 1, 2025 and October 15, 2025. Under those assumptions, 473 arrests occurred between October 16, 2025 and October 31, 2025. There is no way to determine how many arrests occurred each day during this 16-day period in October 2025 based on Chief Banks' statement. Thus, for the purposes of my analysis, I assumed that an average[5] of 29.56 arrests (473/16 = 29.56) occurred on each day between October 16, 2025 and October 31, 2025. Figure 2 shows the total number of

---

[5] For the purposes of this declaration, the word "average" refers to the mean.

daily arrests between September 5, 2023 and October 31, 2025, including the average daily totals for the period between October 16, 2025 and October 31, 2025.

**Figure 2. Daily ICE Arrests in Oregon, September 5, 2023-October 31, 2025**



16.     There are abrupt changes in the total number of arrests in January 2025 and July 2025. To help understand the data and make sense of it in relation to events in Oregon, I compared different periods of time that are benchmarked by the following events: (1) January 20, 2025, the date of President Trump's inauguration; (2) June 15, 2025, the date President Trump issued a public message on his social media platform, Truth Social, about achieving "the single largest Mass Deportation Program in History"[6]; and (3) September 28, 2025, the date President Trump federalized the National Guard in Oregon.

17.     The average ICE daily arrest rate between September 5, 2023 (the first data point in the ICE Arrest table) and January 19, 2025 was 0.3 arrests per day. The average ICE daily arrest rate between January 20, 2025 and June 15, 2025 more than quadrupled to 1.39 arrests per day.

---

[6] Donald J. Trump, Truth Social, June 15, 2025,
https://truthsocial.com/@realDonaldTrump/114690267066155731 (last visited Dec. 14, 2025).

The average ICE daily arrest rate between June 16, 2025 and September 28, 2025 increased to 3.28 arrests per day. The average ICE daily arrest rate between September 29, 2025 and October 15, 2025 further increased to 6.06 arrests per day. Assuming Chief Banks' statement of 560 total arrests in the month of October 2025 is accurate, the average ICE daily arrest rate between September 29, 2025 and October 31, 2025 increased to an even higher 17.45 arrests per day.

18.    Finally, I analyzed the data on a monthly basis, taking into account Chief Banks' statement of 560 total arrests in the month of October 2025. Figure 3 shows notable spikes in January and February 2025, even greater increases between June 2025 and September 2025, and an extraordinary increase in October 2025.

**Figure 3. Monthly ICE Arrests in Oregon, September 5, 2023-October 31, 2025**



I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 14, 2025.

*Emily Ryo*
_____
EMILY RYO

**Table 1. ICE Arrests in Oregon, September 5, 2023-October 31, 2025**

| ICE Arrests for OREGON | |
|---|---|
| **Month** | **Count** |
| Sep 2023 | 4 |
| Oct 2023 | 10 |
| Nov 2023 | 16 |
| Dec 2023 | 7 |
| Jan 2024 | 7 |
| Feb 2024 | 6 |
| Mar 2024 | 15 |
| Apr 2024 | 14 |
| May 2024 | 10 |
| Jun 2024 | 4 |
| Jul 2024 | 9 |
| Aug 2024 | 14 |
| Sep 2024 | 14 |
| Oct 2024 | 7 |
| Nov 2024 | 3 |
| Dec 2024 | 10 |
| Jan 2025 | 39 |
| Feb 2025 | 43 |
| Mar 2025 | 13 |
| Apr 2025 | 14 |
| May 2025 | 37 |
| Jun 2025 | 104 |
| Jul 2025 | 106 |
| Aug 2025 | 107 |
| Sep 2025 | 107 |
| Oct 2025 | 560 |
| **Date** | **Count** |
| 9/5/2023 | 3 |
| 9/6/2023 | 0 |

| Date | Value |
|---|---|
| 9/7/2023 | 0 |
| 9/8/2023 | 0 |
| 9/9/2023 | 0 |
| 9/10/2023 | 0 |
| 9/11/2023 | 0 |
| 9/12/2023 | 0 |
| 9/13/2023 | 0 |
| 9/14/2023 | 0 |
| 9/15/2023 | 0 |
| 9/16/2023 | 0 |
| 9/17/2023 | 0 |
| 9/18/2023 | 0 |
| 9/19/2023 | 0 |
| 9/20/2023 | 1 |
| 9/21/2023 | 0 |
| 9/22/2023 | 0 |
| 9/23/2023 | 0 |
| 9/24/2023 | 0 |
| 9/25/2023 | 0 |
| 9/26/2023 | 0 |
| 9/27/2023 | 0 |
| 9/28/2023 | 0 |
| 9/29/2023 | 0 |
| 9/30/2023 | 0 |
| 10/1/2023 | 0 |
| 10/2/2023 | 0 |
| 10/3/2023 | 0 |
| 10/4/2023 | 1 |
| 10/5/2023 | 2 |
| 10/6/2023 | 0 |
| 10/7/2023 | 0 |
| 10/8/2023 | 0 |
| 10/9/2023 | 0 |

| | |
|---|---|
| 10/10/2023 | 0 |
| 10/11/2023 | 0 |
| 10/12/2023 | 4 |
| 10/13/2023 | 0 |
| 10/14/2023 | 0 |
| 10/15/2023 | 0 |
| 10/16/2023 | 0 |
| 10/17/2023 | 1 |
| 10/18/2023 | 0 |
| 10/19/2023 | 0 |
| 10/20/2023 | 0 |
| 10/21/2023 | 0 |
| 10/22/2023 | 0 |
| 10/23/2023 | 0 |
| 10/24/2023 | 0 |
| 10/25/2023 | 0 |
| 10/26/2023 | 2 |
| 10/27/2023 | 0 |
| 10/28/2023 | 0 |
| 10/29/2023 | 0 |
| 10/30/2023 | 0 |
| 10/31/2023 | 0 |
| 11/1/2023 | 0 |
| 11/2/2023 | 9 |
| 11/3/2023 | 0 |
| 11/4/2023 | 0 |
| 11/5/2023 | 0 |
| 11/6/2023 | 3 |
| 11/7/2023 | 0 |
| 11/8/2023 | 0 |
| 11/9/2023 | 0 |
| 11/10/2023 | 0 |
| 11/11/2023 | 0 |

| | |
|---|---|
| 11/12/2023 | 0 |
| 11/13/2023 | 0 |
| 11/14/2023 | 0 |
| 11/15/2023 | 1 |
| 11/16/2023 | 1 |
| 11/17/2023 | 0 |
| 11/18/2023 | 0 |
| 11/19/2023 | 0 |
| 11/20/2023 | 0 |
| 11/21/2023 | 0 |
| 11/22/2023 | 0 |
| 11/23/2023 | 0 |
| 11/24/2023 | 0 |
| 11/25/2023 | 0 |
| 11/26/2023 | 0 |
| 11/27/2023 | 0 |
| 11/28/2023 | 1 |
| 11/29/2023 | 1 |
| 11/30/2023 | 0 |
| 12/1/2023 | 0 |
| 12/2/2023 | 0 |
| 12/3/2023 | 0 |
| 12/4/2023 | 0 |
| 12/5/2023 | 0 |
| 12/6/2023 | 0 |
| 12/7/2023 | 2 |
| 12/8/2023 | 0 |
| 12/9/2023 | 0 |
| 12/10/2023 | 0 |
| 12/11/2023 | 0 |
| 12/12/2023 | 0 |
| 12/13/2023 | 0 |
| 12/14/2023 | 2 |

| | |
|---|---|
| 12/15/2023 | 0 |
| 12/16/2023 | 0 |
| 12/17/2023 | 0 |
| 12/18/2023 | 0 |
| 12/19/2023 | 0 |
| 12/20/2023 | 1 |
| 12/21/2023 | 1 |
| 12/22/2023 | 0 |
| 12/23/2023 | 0 |
| 12/24/2023 | 0 |
| 12/25/2023 | 0 |
| 12/26/2023 | 0 |
| 12/27/2023 | 0 |
| 12/28/2023 | 0 |
| 12/29/2023 | 1 |
| 12/30/2023 | 0 |
| 12/31/2023 | 0 |
| 1/1/2024 | 0 |
| 1/2/2024 | 1 |
| 1/3/2024 | 1 |
| 1/4/2024 | 0 |
| 1/5/2024 | 1 |
| 1/6/2024 | 0 |
| 1/7/2024 | 0 |
| 1/8/2024 | 0 |
| 1/9/2024 | 0 |
| 1/10/2024 | 0 |
| 1/11/2024 | 0 |
| 1/12/2024 | 0 |
| 1/13/2024 | 0 |
| 1/14/2024 | 0 |
| 1/15/2024 | 0 |
| 1/16/2024 | 0 |

| Date | Value |
|---|---|
| 1/17/2024 | 0 |
| 1/18/2024 | 0 |
| 1/19/2024 | 0 |
| 1/20/2024 | 0 |
| 1/21/2024 | 0 |
| 1/22/2024 | 0 |
| 1/23/2024 | 1 |
| 1/24/2024 | 1 |
| 1/25/2024 | 0 |
| 1/26/2024 | 1 |
| 1/27/2024 | 0 |
| 1/28/2024 | 0 |
| 1/29/2024 | 0 |
| 1/30/2024 | 1 |
| 1/31/2024 | 0 |
| 2/1/2024 | 0 |
| 2/2/2024 | 0 |
| 2/3/2024 | 0 |
| 2/4/2024 | 0 |
| 2/5/2024 | 0 |
| 2/6/2024 | 0 |
| 2/7/2024 | 0 |
| 2/8/2024 | 0 |
| 2/9/2024 | 0 |
| 2/10/2024 | 0 |
| 2/11/2024 | 0 |
| 2/12/2024 | 0 |
| 2/13/2024 | 1 |
| 2/14/2024 | 1 |
| 2/15/2024 | 0 |
| 2/16/2024 | 0 |
| 2/17/2024 | 0 |
| 2/18/2024 | 0 |

| Date | Value |
|---|---|
| 2/19/2024 | 0 |
| 2/20/2024 | 0 |
| 2/21/2024 | 0 |
| 2/22/2024 | 0 |
| 2/23/2024 | 0 |
| 2/24/2024 | 0 |
| 2/25/2024 | 0 |
| 2/26/2024 | 0 |
| 2/27/2024 | 1 |
| 2/28/2024 | 1 |
| 2/29/2024 | 2 |
| 3/1/2024 | 0 |
| 3/2/2024 | 4 |
| 3/3/2024 | 0 |
| 3/4/2024 | 0 |
| 3/5/2024 | 0 |
| 3/6/2024 | 2 |
| 3/7/2024 | 0 |
| 3/8/2024 | 1 |
| 3/9/2024 | 0 |
| 3/10/2024 | 0 |
| 3/11/2024 | 1 |
| 3/12/2024 | 1 |
| 3/13/2024 | 0 |
| 3/14/2024 | 0 |
| 3/15/2024 | 0 |
| 3/16/2024 | 0 |
| 3/17/2024 | 0 |
| 3/18/2024 | 1 |
| 3/19/2024 | 2 |
| 3/20/2024 | 0 |
| 3/21/2024 | 1 |
| 3/22/2024 | 0 |

| Date | Value |
|---|---|
| 3/23/2024 | 0 |
| 3/24/2024 | 0 |
| 3/25/2024 | 1 |
| 3/26/2024 | 1 |
| 3/27/2024 | 0 |
| 3/28/2024 | 0 |
| 3/29/2024 | 0 |
| 3/30/2024 | 0 |
| 3/31/2024 | 0 |
| 4/1/2024 | 0 |
| 4/2/2024 | 0 |
| 4/3/2024 | 1 |
| 4/4/2024 | 0 |
| 4/5/2024 | 0 |
| 4/6/2024 | 0 |
| 4/7/2024 | 0 |
| 4/8/2024 | 0 |
| 4/9/2024 | 0 |
| 4/10/2024 | 1 |
| 4/11/2024 | 1 |
| 4/12/2024 | 0 |
| 4/13/2024 | 0 |
| 4/14/2024 | 0 |
| 4/15/2024 | 0 |
| 4/16/2024 | 0 |
| 4/17/2024 | 1 |
| 4/18/2024 | 0 |
| 4/19/2024 | 0 |
| 4/20/2024 | 0 |
| 4/21/2024 | 0 |
| 4/22/2024 | 1 |
| 4/23/2024 | 3 |
| 4/24/2024 | 1 |

| | |
|---|---|
| 4/25/2024 | 1 |
| 4/26/2024 | 0 |
| 4/27/2024 | 2 |
| 4/28/2024 | 0 |
| 4/29/2024 | 2 |
| 4/30/2024 | 0 |
| 5/1/2024 | 3 |
| 5/2/2024 | 2 |
| 5/3/2024 | 0 |
| 5/4/2024 | 0 |
| 5/5/2024 | 0 |
| 5/6/2024 | 1 |
| 5/7/2024 | 0 |
| 5/8/2024 | 0 |
| 5/9/2024 | 0 |
| 5/10/2024 | 0 |
| 5/11/2024 | 0 |
| 5/12/2024 | 0 |
| 5/13/2024 | 0 |
| 5/14/2024 | 0 |
| 5/15/2024 | 0 |
| 5/16/2024 | 0 |
| 5/17/2024 | 0 |
| 5/18/2024 | 0 |
| 5/19/2024 | 0 |
| 5/20/2024 | 0 |
| 5/21/2024 | 1 |
| 5/22/2024 | 1 |
| 5/23/2024 | 2 |
| 5/24/2024 | 0 |
| 5/25/2024 | 0 |
| 5/26/2024 | 0 |
| 5/27/2024 | 0 |

| Date | Value |
|---|---|
| 5/28/2024 | 0 |
| 5/29/2024 | 0 |
| 5/30/2024 | 0 |
| 5/31/2024 | 0 |
| 6/1/2024 | 0 |
| 6/2/2024 | 0 |
| 6/3/2024 | 0 |
| 6/4/2024 | 0 |
| 6/5/2024 | 0 |
| 6/6/2024 | 0 |
| 6/7/2024 | 0 |
| 6/8/2024 | 0 |
| 6/9/2024 | 0 |
| 6/10/2024 | 0 |
| 6/11/2024 | 0 |
| 6/12/2024 | 1 |
| 6/13/2024 | 1 |
| 6/14/2024 | 0 |
| 6/15/2024 | 0 |
| 6/16/2024 | 0 |
| 6/17/2024 | 0 |
| 6/18/2024 | 0 |
| 6/19/2024 | 0 |
| 6/20/2024 | 0 |
| 6/21/2024 | 0 |
| 6/22/2024 | 0 |
| 6/23/2024 | 0 |
| 6/24/2024 | 0 |
| 6/25/2024 | 1 |
| 6/26/2024 | 0 |
| 6/27/2024 | 1 |
| 6/28/2024 | 0 |
| 6/29/2024 | 0 |

| | |
|---|---|
| 6/30/2024 | 0 |
| 7/1/2024 | 1 |
| 7/2/2024 | 0 |
| 7/3/2024 | 0 |
| 7/4/2024 | 0 |
| 7/5/2024 | 1 |
| 7/6/2024 | 0 |
| 7/7/2024 | 0 |
| 7/8/2024 | 1 |
| 7/9/2024 | 1 |
| 7/10/2024 | 2 |
| 7/11/2024 | 0 |
| 7/12/2024 | 0 |
| 7/13/2024 | 0 |
| 7/14/2024 | 0 |
| 7/15/2024 | 0 |
| 7/16/2024 | 0 |
| 7/17/2024 | 1 |
| 7/18/2024 | 0 |
| 7/19/2024 | 0 |
| 7/20/2024 | 0 |
| 7/21/2024 | 0 |
| 7/22/2024 | 0 |
| 7/23/2024 | 0 |
| 7/24/2024 | 1 |
| 7/25/2024 | 1 |
| 7/26/2024 | 0 |
| 7/27/2024 | 0 |
| 7/28/2024 | 0 |
| 7/29/2024 | 0 |
| 7/30/2024 | 0 |
| 7/31/2024 | 0 |
| 8/1/2024 | 0 |

| Date | Value |
|---|---|
| 8/2/2024 | 0 |
| 8/3/2024 | 0 |
| 8/4/2024 | 1 |
| 8/5/2024 | 0 |
| 8/6/2024 | 0 |
| 8/7/2024 | 2 |
| 8/8/2024 | 0 |
| 8/9/2024 | 0 |
| 8/10/2024 | 0 |
| 8/11/2024 | 0 |
| 8/12/2024 | 0 |
| 8/13/2024 | 0 |
| 8/14/2024 | 3 |
| 8/15/2024 | 0 |
| 8/16/2024 | 0 |
| 8/17/2024 | 0 |
| 8/18/2024 | 0 |
| 8/19/2024 | 0 |
| 8/20/2024 | 0 |
| 8/21/2024 | 2 |
| 8/22/2024 | 0 |
| 8/23/2024 | 0 |
| 8/24/2024 | 0 |
| 8/25/2024 | 0 |
| 8/26/2024 | 0 |
| 8/27/2024 | 0 |
| 8/28/2024 | 6 |
| 8/29/2024 | 0 |
| 8/30/2024 | 0 |
| 8/31/2024 | 0 |
| 9/1/2024 | 0 |
| 9/2/2024 | 0 |
| 9/3/2024 | 7 |

| Date | Value |
|---|---|
| 9/4/2024 | 0 |
| 9/5/2024 | 0 |
| 9/6/2024 | 0 |
| 9/7/2024 | 0 |
| 9/8/2024 | 0 |
| 9/9/2024 | 0 |
| 9/10/2024 | 0 |
| 9/11/2024 | 0 |
| 9/12/2024 | 1 |
| 9/13/2024 | 0 |
| 9/14/2024 | 0 |
| 9/15/2024 | 0 |
| 9/16/2024 | 0 |
| 9/17/2024 | 3 |
| 9/18/2024 | 2 |
| 9/19/2024 | 0 |
| 9/20/2024 | 0 |
| 9/21/2024 | 0 |
| 9/22/2024 | 0 |
| 9/23/2024 | 0 |
| 9/24/2024 | 0 |
| 9/25/2024 | 1 |
| 9/26/2024 | 0 |
| 9/27/2024 | 0 |
| 9/28/2024 | 0 |
| 9/29/2024 | 0 |
| 9/30/2024 | 0 |
| 10/1/2024 | 0 |
| 10/2/2024 | 0 |
| 10/3/2024 | 1 |
| 10/4/2024 | 0 |
| 10/5/2024 | 0 |
| 10/6/2024 | 0 |

| | |
|---|---|
| 10/7/2024 | 0 |
| 10/8/2024 | 0 |
| 10/9/2024 | 0 |
| 10/10/2024 | 0 |
| 10/11/2024 | 1 |
| 10/12/2024 | 0 |
| 10/13/2024 | 0 |
| 10/14/2024 | 0 |
| 10/15/2024 | 0 |
| 10/16/2024 | 0 |
| 10/17/2024 | 0 |
| 10/18/2024 | 0 |
| 10/19/2024 | 0 |
| 10/20/2024 | 0 |
| 10/21/2024 | 0 |
| 10/22/2024 | 0 |
| 10/23/2024 | 2 |
| 10/24/2024 | 1 |
| 10/25/2024 | 0 |
| 10/26/2024 | 1 |
| 10/27/2024 | 0 |
| 10/28/2024 | 0 |
| 10/29/2024 | 0 |
| 10/30/2024 | 1 |
| 10/31/2024 | 0 |
| 11/1/2024 | 0 |
| 11/2/2024 | 0 |
| 11/3/2024 | 0 |
| 11/4/2024 | 0 |
| 11/5/2024 | 0 |
| 11/6/2024 | 0 |
| 11/7/2024 | 0 |
| 11/8/2024 | 0 |

| | |
|---|---|
| 11/9/2024 | 0 |
| 11/10/2024 | 0 |
| 11/11/2024 | 0 |
| 11/12/2024 | 0 |
| 11/13/2024 | 0 |
| 11/14/2024 | 0 |
| 11/15/2024 | 0 |
| 11/16/2024 | 0 |
| 11/17/2024 | 0 |
| 11/18/2024 | 1 |
| 11/19/2024 | 0 |
| 11/20/2024 | 0 |
| 11/21/2024 | 0 |
| 11/22/2024 | 0 |
| 11/23/2024 | 0 |
| 11/24/2024 | 0 |
| 11/25/2024 | 1 |
| 11/26/2024 | 1 |
| 11/27/2024 | 0 |
| 11/28/2024 | 0 |
| 11/29/2024 | 0 |
| 11/30/2024 | 0 |
| 12/1/2024 | 0 |
| 12/2/2024 | 0 |
| 12/3/2024 | 0 |
| 12/4/2024 | 1 |
| 12/5/2024 | 1 |
| 12/6/2024 | 3 |
| 12/7/2024 | 0 |
| 12/8/2024 | 0 |
| 12/9/2024 | 1 |
| 12/10/2024 | 0 |
| 12/11/2024 | 0 |

| Date | Value |
|------|-------|
| 12/12/2024 | 0 |
| 12/13/2024 | 0 |
| 12/14/2024 | 0 |
| 12/15/2024 | 0 |
| 12/16/2024 | 0 |
| 12/17/2024 | 3 |
| 12/18/2024 | 0 |
| 12/19/2024 | 0 |
| 12/20/2024 | 0 |
| 12/21/2024 | 0 |
| 12/22/2024 | 0 |
| 12/23/2024 | 0 |
| 12/24/2024 | 0 |
| 12/25/2024 | 0 |
| 12/26/2024 | 0 |
| 12/27/2024 | 1 |
| 12/28/2024 | 0 |
| 12/29/2024 | 0 |
| 12/30/2024 | 0 |
| 12/31/2024 | 0 |
| 1/1/2025 | 0 |
| 1/2/2025 | 0 |
| 1/3/2025 | 1 |
| 1/4/2025 | 0 |
| 1/5/2025 | 0 |
| 1/6/2025 | 0 |
| 1/7/2025 | 0 |
| 1/8/2025 | 3 |
| 1/9/2025 | 0 |
| 1/10/2025 | 0 |
| 1/11/2025 | 0 |
| 1/12/2025 | 0 |
| 1/13/2025 | 1 |

| Date | Value |
|---|---|
| 1/14/2025 | 0 |
| 1/15/2025 | 0 |
| 1/16/2025 | 0 |
| 1/17/2025 | 0 |
| 1/18/2025 | 0 |
| 1/19/2025 | 0 |
| 1/20/2025 | 0 |
| 1/21/2025 | 0 |
| 1/22/2025 | 0 |
| 1/23/2025 | 0 |
| 1/24/2025 | 3 |
| 1/25/2025 | 0 |
| 1/26/2025 | 21 |
| 1/27/2025 | 3 |
| 1/28/2025 | 2 |
| 1/29/2025 | 3 |
| 1/30/2025 | 0 |
| 1/31/2025 | 2 |
| 2/1/2025 | 4 |
| 2/2/2025 | 5 |
| 2/3/2025 | 3 |
| 2/4/2025 | 2 |
| 2/5/2025 | 0 |
| 2/6/2025 | 2 |
| 2/7/2025 | 2 |
| 2/8/2025 | 1 |
| 2/9/2025 | 0 |
| 2/10/2025 | 0 |
| 2/11/2025 | 1 |
| 2/12/2025 | 1 |
| 2/13/2025 | 1 |
| 2/14/2025 | 0 |
| 2/15/2025 | 0 |

| Date | Value |
|---|---|
| 2/16/2025 | 0 |
| 2/17/2025 | 0 |
| 2/18/2025 | 4 |
| 2/19/2025 | 3 |
| 2/20/2025 | 1 |
| 2/21/2025 | 1 |
| 2/22/2025 | 1 |
| 2/23/2025 | 0 |
| 2/24/2025 | 1 |
| 2/25/2025 | 1 |
| 2/26/2025 | 2 |
| 2/27/2025 | 6 |
| 2/28/2025 | 1 |
| 3/1/2025 | 2 |
| 3/2/2025 | 0 |
| 3/3/2025 | 0 |
| 3/4/2025 | 0 |
| 3/5/2025 | 0 |
| 3/6/2025 | 1 |
| 3/7/2025 | 0 |
| 3/8/2025 | 0 |
| 3/9/2025 | 0 |
| 3/10/2025 | 0 |
| 3/11/2025 | 0 |
| 3/12/2025 | 0 |
| 3/13/2025 | 0 |
| 3/14/2025 | 0 |
| 3/15/2025 | 0 |
| 3/16/2025 | 0 |
| 3/17/2025 | 0 |
| 3/18/2025 | 4 |
| 3/19/2025 | 2 |
| 3/20/2025 | 0 |

| Date | Value |
|---|---|
| 3/21/2025 | 0 |
| 3/22/2025 | 0 |
| 3/23/2025 | 0 |
| 3/24/2025 | 0 |
| 3/25/2025 | 0 |
| 3/26/2025 | 0 |
| 3/27/2025 | 0 |
| 3/28/2025 | 0 |
| 3/29/2025 | 1 |
| 3/30/2025 | 3 |
| 3/31/2025 | 0 |
| 4/1/2025 | 0 |
| 4/2/2025 | 2 |
| 4/3/2025 | 0 |
| 4/4/2025 | 0 |
| 4/5/2025 | 1 |
| 4/6/2025 | 1 |
| 4/7/2025 | 0 |
| 4/8/2025 | 0 |
| 4/9/2025 | 0 |
| 4/10/2025 | 2 |
| 4/11/2025 | 0 |
| 4/12/2025 | 0 |
| 4/13/2025 | 0 |
| 4/14/2025 | 0 |
| 4/15/2025 | 1 |
| 4/16/2025 | 0 |
| 4/17/2025 | 0 |
| 4/18/2025 | 1 |
| 4/19/2025 | 0 |
| 4/20/2025 | 0 |
| 4/21/2025 | 1 |
| 4/22/2025 | 0 |

| Date | Count |
|---|---|
| 4/23/2025 | 3 |
| 4/24/2025 | 0 |
| 4/25/2025 | 0 |
| 4/26/2025 | 1 |
| 4/27/2025 | 0 |
| 4/28/2025 | 1 |
| 4/29/2025 | 0 |
| 4/30/2025 | 0 |
| 5/1/2025 | 1 |
| 5/2/2025 | 4 |
| 5/3/2025 | 0 |
| 5/4/2025 | 0 |
| 5/5/2025 | 0 |
| 5/6/2025 | 0 |
| 5/7/2025 | 0 |
| 5/8/2025 | 0 |
| 5/9/2025 | 2 |
| 5/10/2025 | 0 |
| 5/11/2025 | 0 |
| 5/12/2025 | 0 |
| 5/13/2025 | 0 |
| 5/14/2025 | 2 |
| 5/15/2025 | 2 |
| 5/16/2025 | 1 |
| 5/17/2025 | 0 |
| 5/18/2025 | 1 |
| 5/19/2025 | 3 |
| 5/20/2025 | 8 |
| 5/21/2025 | 2 |
| 5/22/2025 | 2 |
| 5/23/2025 | 3 |
| 5/24/2025 | 0 |
| 5/25/2025 | 1 |

| Date | Value |
|---|---|
| 5/26/2025 | 1 |
| 5/27/2025 | 0 |
| 5/28/2025 | 1 |
| 5/29/2025 | 0 |
| 5/30/2025 | 2 |
| 5/31/2025 | 1 |
| 6/1/2025 | 0 |
| 6/2/2025 | 3 |
| 6/3/2025 | 12 |
| 6/4/2025 | 8 |
| 6/5/2025 | 6 |
| 6/6/2025 | 1 |
| 6/7/2025 | 2 |
| 6/8/2025 | 3 |
| 6/9/2025 | 2 |
| 6/10/2025 | 7 |
| 6/11/2025 | 10 |
| 6/12/2025 | 9 |
| 6/13/2025 | 1 |
| 6/14/2025 | 0 |
| 6/15/2025 | 0 |
| 6/16/2025 | 3 |
| 6/17/2025 | 8 |
| 6/18/2025 | 2 |
| 6/19/2025 | 0 |
| 6/20/2025 | 4 |
| 6/21/2025 | 1 |
| 6/22/2025 | 2 |
| 6/23/2025 | 2 |
| 6/24/2025 | 5 |
| 6/25/2025 | 2 |
| 6/26/2025 | 3 |
| 6/27/2025 | 6 |

| Date | Count |
|---|---|
| 6/28/2025 | 1 |
| 6/29/2025 | 0 |
| 6/30/2025 | 1 |
| 7/1/2025 | 7 |
| 7/2/2025 | 3 |
| 7/3/2025 | 0 |
| 7/4/2025 | 0 |
| 7/5/2025 | 2 |
| 7/6/2025 | 0 |
| 7/7/2025 | 2 |
| 7/8/2025 | 5 |
| 7/9/2025 | 6 |
| 7/10/2025 | 5 |
| 7/11/2025 | 3 |
| 7/12/2025 | 0 |
| 7/13/2025 | 0 |
| 7/14/2025 | 1 |
| 7/15/2025 | 6 |
| 7/16/2025 | 2 |
| 7/17/2025 | 3 |
| 7/18/2025 | 7 |
| 7/19/2025 | 0 |
| 7/20/2025 | 0 |
| 7/21/2025 | 3 |
| 7/22/2025 | 2 |
| 7/23/2025 | 6 |
| 7/24/2025 | 0 |
| 7/25/2025 | 4 |
| 7/26/2025 | 0 |
| 7/27/2025 | 3 |
| 7/28/2025 | 0 |
| 7/29/2025 | 5 |
| 7/30/2025 | 23 |

| | |
|---|---|
| 7/31/2025 | 8 |
| 8/1/2025 | 6 |
| 8/2/2025 | 3 |
| 8/3/2025 | 1 |
| 8/4/2025 | 1 |
| 8/5/2025 | 2 |
| 8/6/2025 | 1 |
| 8/7/2025 | 14 |
| 8/8/2025 | 4 |
| 8/9/2025 | 1 |
| 8/10/2025 | 0 |
| 8/11/2025 | 6 |
| 8/12/2025 | 6 |
| 8/13/2025 | 10 |
| 8/14/2025 | 6 |
| 8/15/2025 | 3 |
| 8/16/2025 | 1 |
| 8/17/2025 | 1 |
| 8/18/2025 | 1 |
| 8/19/2025 | 3 |
| 8/20/2025 | 7 |
| 8/21/2025 | 5 |
| 8/22/2025 | 5 |
| 8/23/2025 | 3 |
| 8/24/2025 | 3 |
| 8/25/2025 | 3 |
| 8/26/2025 | 6 |
| 8/27/2025 | 0 |
| 8/28/2025 | 3 |
| 8/29/2025 | 2 |
| 8/30/2025 | 0 |
| 8/31/2025 | 0 |
| 9/1/2025 | 0 |

| | |
|---|---|
| 9/2/2025 | 1 |
| 9/3/2025 | 11 |
| 9/4/2025 | 5 |
| 9/5/2025 | 2 |
| 9/6/2025 | 3 |
| 9/7/2025 | 0 |
| 9/8/2025 | 7 |
| 9/9/2025 | 7 |
| 9/10/2025 | 3 |
| 9/11/2025 | 2 |
| 9/12/2025 | 2 |
| 9/13/2025 | 1 |
| 9/14/2025 | 0 |
| 9/15/2025 | 0 |
| 9/16/2025 | 9 |
| 9/17/2025 | 5 |
| 9/18/2025 | 8 |
| 9/19/2025 | 4 |
| 9/20/2025 | 1 |
| 9/21/2025 | 0 |
| 9/22/2025 | 1 |
| 9/23/2025 | 2 |
| 9/24/2025 | 7 |
| 9/25/2025 | 10 |
| 9/26/2025 | 0 |
| 9/27/2025 | 0 |
| 9/28/2025 | 0 |
| 9/29/2025 | 11 |
| 9/30/2025 | 5 |
| 10/1/2025 | 5 |
| 10/2/2025 | 2 |
| 10/3/2025 | 2 |
| 10/4/2025 | 1 |

| Date | Count |
|---|---|
| 10/5/2025 | 0 |
| 10/6/2025 | 3 |
| 10/7/2025 | 6 |
| 10/8/2025 | 5 |
| 10/9/2025 | 3 |
| 10/10/2025 | 1 |
| 10/11/2025 | 5 |
| 10/12/2025 | 3 |
| 10/13/2025 | 7 |
| 10/14/2025 | 11 |
| 10/15/2025 | 33 |
| 10/16/2025 | 29.56 |
| 10/17/2025 | 29.56 |
| 10/18/2025 | 29.56 |
| 10/19/2025 | 29.56 |
| 10/20/2025 | 29.56 |
| 10/21/2025 | 29.56 |
| 10/22/2025 | 29.56 |
| 10/23/2025 | 29.56 |
| 10/24/2025 | 29.56 |
| 10/25/2025 | 29.56 |
| 10/26/2025 | 29.56 |
| 10/27/2025 | 29.56 |
| 10/28/2025 | 29.56 |
| 10/29/2025 | 29.56 |
| 10/30/2025 | 29.56 |
| 10/31/2025 | 29.56 |

Note: Arrest counts between September 5, 2023 and October 15, 2025 come from the Deportation Data Project. Arrest counts between October 16, 2025 and October 31, 2025 are from calculations based on the November 14, 2025 statement of U.S. Border Patrol Chief, Michael Banks.