STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

CLEAR CLINIC and PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE,

   *Plaintiffs*,

    v.

KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"),

   *Defendants*.

Case No.   6:25-cv-01906-AA

**DECLARATION OF ALYSSA WALKER KELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF ALYSSA WALKER KELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Alyssa Walker Keller, upon my personal knowledge, hereby declare under penalty of perjury as follows:

1. My name is Alyssa Walker Keller. I reside in Portland, Oregon, I am over 18 years of age and I make the following declaration based on my personal knowledge.

2. I am the Coordinator for the Portland Rights Immigrant Rights Coalition ("PIRC"). I provided a prior declaration reflecting the surge in calls to the PIRC hotline reporting ICE detentions and activity, and requests for legal assistance.

3. Through the months of October and November, we have experienced a sustained increase in the number of calls reporting ICE detentions of community members. Nearly all of the calls reporting a detention also requested to be connected with legal assistance.

4. The following is a breakdown of the requests over the past weeks, since I submitted a declaration with the day to day breakdown on October 21, 2025:

   - For the month of October, the hotline received over 292 detention reports. During this month, between 15-45 detentions were reported per day. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program so they could be provided with an attorney. During this time, we also received reports of U.S. citizens being arrested and taken into ICE custody.

   - Just on October 30, 2025 alone, we received reports of at least 35 people detained in Woodburn, Oregon and surrounding areas. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program

1

so they could be provided with an attorney. We coordinated with attorneys responded to this incident but we understand they were only able to meet with some of the detained persons.

- For the first week of November, (November 1 to November 8, 2025), the hotline received reports of about 120 detentions. On average, 12 detentions were reported per day. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program so they could be provided with an attorney.

- For the week of November 10 to November 16, 2025, the hotline received around 96 detention reports. On average, 13 detentions were reported per day. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program so they could be provided with an attorney.

- For the week of November 17 to November 23, the hotline received around 81 detention reports. On average, 11 detentions were reported per day. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program so they could be provided with an attorney. During this week, on November 19, 2025, the hotline received a high number of reports of ICE activity and detentions focused in Lane County.

- For the week of November 24 to November 30, the hotline received around 67 detention reports. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon

(ECO) universal representation program so they could be provided with an attorney.

- For the month of November, a total of 373 detentions were reported to the PIRC hotline.

- For the first week of December (December 1 to December 7, 2025) the hotline received around 94 detention reports. On average, 13 detentions were reported per day. In almost every case, the caller requested legal assistance for the detained person and we transmitted that information to the Equity Corps of Oregon (ECO) universal representation program so they could be provided with an attorney.

5. As reflected above, the increased number of detentions reported to the hotline has been maintained through the months of October and November. Given the reports for the first week of December, we expect this trend to continue into the next year. The numbers described above often adjust, as people sometimes report detentions after days or weeks have passed. Additionally, these numbers do not reflect the entire universe of people detained, just those reported to the hotline.

6. Unfortunately, with the sustained elevated number of detentions, according to the follow-up calls made to the hotline from the families affected by the detentions, only a few people are able to have contact with an attorney while still in detention in Oregon. Similarly, we have learned that even when an attorney has accepted to take a case for a person who had been transferred to the Northwest ICE Processing Center (NWIPC) in Tacoma, WA, in many occasions they are not able to continue on with the case because the person has been transferred out of state to Mississippi, Texas or Louisiana.

7. In one such case, we received a report for a community member detained September 30th, who was then transferred around November 7th to Louisiana, with a brief stay in El Paso, TX. When this individual was transferred, they were placed in solitary confinement and made to wear "danger designated" clothes for about a month. It appears their family did not have a way to communicate with them during these transfers.

8. Because of these trends of rapid transfer and the fact that the detainee locator is often outdated, the hotline is now receiving movement tracking reports from the families of the detained persons to update the Equity Corps of Oregon ("ECO") program to be able to match the detainees with legal assistance, if available.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Executed in Portland, Oregon on December 12, 2025.

*Alyssa Walker-Keller*

Alyssa Walker-Keller
Coordinator, PIRC