STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org
smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**Eugene Division**

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X, on behalf of a class of all similarly situated people,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION("CBP"),<br><br>*Defendants.* | Case No. 6:25-cv-01906-AA<br><br>**PLAINTIFFS' WITNESS LIST** |

# PLAINTIFFS' WITNESS LIST

Plaintiffs hereby provide the witnesses whom Plaintiffs may call during the evidentiary hearing scheduled for December 18, 2025:

1. Josephine Moberg, Staff Attorney, CLEAR Clinic;
2. Katrina Kilgren, Immigration Attorney;
3. Leon X, Individual Plaintiff;
4. Alena A. Tupper, Executive Director and Attorney, CLEAR Clinic; and
5. Marlina Campos, Organizing Director, Pineros y Campesinos Unidos del Noroeste.

Plaintiffs anticipate Ms. Kilgren's direct examination lasting 30 minutes and the direct examination of all other witnesses lasting 45-60 minutes each.

Additionally, as represented by counsel for Defendants, the following witnesses will be called to testify on Defendants' behalf; if not otherwise called, Plaintiffs may call them as party opponents:

1. Jeffrey Chan, Assistant Field Office Director, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Portland, Oregon;
2. Matthew Cantrell, Assistant Field Office Director, Director, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Tacoma, Washington;
3. Jason D. Weiss, Supervisory Detention and Deportation Officer, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Eugene, Oregon;
4. David Cabrera Jr., Supervisory Detention and Deportation Officer, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Eugene, Oregon.

Respectfully submitted this 15th day of December, 2025,

s/ *Stephen W. Manning*
STEPHEN W. MANNING, OSB # 013373
stephen@innovationlawlab.org

TESS HELLGREN, OSB # 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB # 182928
jordan@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB #223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042