**SCOTT BRADFORD, OSB # 062824**
United States Attorney
District of Oregon
**SARAH E. FELDMAN, OSB # 141458**
**MICHAEL J. JETER, OSB # 165413**
Assistant United States Attorneys
Sarah.Feldman@usdoj.gov
Michael.Jeter@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
        Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; LEON X**, on behalf of a class of all similarly situated people,<br><br>          Plaintiffs,<br><br>v.<br><br>**KRISTI NOEM; TODD LYONS; LAURA HERMOSILLO; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,**<br><br>          Defendants. | Case No.: 6:25-cv-01906-AA<br><br>**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR WILFREDO BAEZ SANTIAGO** |

I, Wilfredo Baez Santiago, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am an Assistant Field Office Director ("AFOD") employed by the U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal

Operations ("ERO") division, assigned to the Portland Sub-Office, which falls under the Seattle Field Office Area of Responsibility (AOR). I have been employed by ICE from 2008 until 2012 and from 2015 to present, having held various ERO roles involving detention, processing, and removal operations. I have been AFOD since August 2025. I am currently assigned to the ERO personnel and provide oversight to ICE operations at the facility. I am familiar with the operations of the Portland Sub-Office, as well as ICE's processing, detention and transfer policies, guidance and protocols.

2. The statements in this declaration are based on my personal knowledge, information provided to me in the course of my official duties, and records maintained by ICE in the ordinary course of business.

3. Since October 16, 2025, individuals arrested Oregon and processed at Oregon ICE Field Offices have included aliens with final orders of removal and aliens in expedited removal proceedings who entered the United States without admission and cannot establish they have been here for more than two years.

4. Since October 16, 2025, some individuals in custody at an Oregon ICE Field Office have privately met with attorneys and legal support staff in a visitation room at the Oregon ICE Field Office.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

//

//

Executed at Portland, Oregon on December 15, 2025.

_____
Wilfredo Baez Santiago
Assistant Field Office Director
United States Department of Homeland Security
United States Immigration and Customs Enforcement
Portland, Oregon