STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**Eugene Division**

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X, on behalf of a class of all similarly situated people,<br>　　*Plaintiffs,*<br><br>　　v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION("CBP"),<br>　　*Defendants.* | Case No. 6:25-cv-01906-AA<br><br>**AMENDED PLAINTIFFS' EXHIBIT LIST** |

| | PLAINTIFFS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated Admissibility | Respondents' Objection | *Court Use Only* | | |
| | | | | *Pre-admit* | *Ident.* | *Admit.* |
| 101 | Declaration of Reyna Lopez ISO Temporary Restraining Order, Dkt. 3, 6:25-cv-01906-AA (Oct 16, 2025) | | | | | |
| 102 | Declaration of Katrina Kilgren ISO Temporary Restraining Order, Dkt. 18, 6:25-cv-01906-AA (Oct 16, 2025) | | | | | |
| 103 | Declaration of Josephine Moseberg ISO Temporary Restraining Order, Dkt. 5, 6:25-cv-01906-AA (Oct 16, 2025) | | | | | |
| 104 | Declaration of John Walsh ISO Temporary Restraining Order, Dkt. 6, 6:25-cv-01906-AA (Oct 16, 2025) | | | | | |
| 105 | Declaration of Alena A. Tupper ISO Temporary Restraining Order, Dkt. 7, 6:25-cv-01906-AA (Oct 16, 2025) | | | | | |
| 106 | Declaration of Alyssa Walker Keller ISO Reply ISO Temporary Restraining Order, Dkt. 24, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 107 | Declaration of Ana Munoz ISO Reply Restraining Order, Dkt. 25, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 108 | Declaration of Debbie Cabrales ISO Reply ISO Temporary Restraining Order, Dkt. 26, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 109 | Declaration of Emma Gill ISO Reply ISO Temporary Restraining Order, Dkt. 27, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 110 | Declaration of Kathleen Pritchard ISO Reply ISO Temporary Restraining Order, Dkt. 28, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 111 | Declaration of Natalie Lerner ISO Reply ISO Temporary Restraining Order, Dkt. 29, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | Declaration of RJSV ISO Reply ISO Temporary Restraining Order, Dkt. 30, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 113 | Declaration of Sara Eddie ISO Reply ISO Temporary Restraining Order, Dkt. 31, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 114 | Declaration of Alena A. Tupper ISO Reply ISO Temporary Restraining Order, Dkt. 32, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 115 | Declaration of Josephine Moberg ISO Reply ISO Temporary Restraining Order, Dkt. 33, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 116 | Declaration of Reyna Lopez ISO Reply ISO Temporary Restraining Order, Dkt. 34, 6:25-cv-01906-AA (Oct 22, 2025) | | | | | |
| 117 | Declaration of Katrina Kilgren ISO Motion for Preliminary Injunction, Dkt. 41, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 118 | Declaration of Yesenia Martinez ISO Motion for Preliminary Injunction, Dkt. 42, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 119 | Declaration of Tony Lee ISO Motion for Preliminary Injunction, Dkt. 43, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 120 | Declaration of Marlina Campos ISO Motion for Preliminary Injunction, Dkt. 44, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 121 | Declaration of Luis Garcia ISO Motion for Preliminary Injunction, Dkt. 45, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 122 | Declaration of Leon X ISO Motion for Preliminary Injunction, Dkt. 46, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 123 | Declaration of Sara Eddie ISO Motion for Preliminary Injunction, Dkt. 47, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 124 | Declaration of Natalie Webb ISO Motion for Preliminary Injunction, Dkt. 48, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |

3 - AMENDED PLAINTIFFS' EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 125 | Declaration of Jose Miranda ISO Motion for Preliminary Injunction, Dkt. 49, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 126 | Declaration of Esmeralda Santos ISO Motion for Preliminary Injunction, Dkt. 50, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 127 | Declaration of Beth Sethi ISO Motion for Preliminary Injunction, Dkt. 51, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 128 | Declaration of Claire Fawcett ISO Motion for Preliminary Injunction, Dkt. 52, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 129 | Declaration of Natalie Lerner ISO Motion for Preliminary Injunction, Dkt. 53, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 130 | Declaration of Josephine Moberg ISO Motion for Preliminary Injunction, Dkt. 54, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 131 | Declaration of Alena A. Tupper ISO Motion for Preliminary Injunction, Dkt. 55, 6:25-cv-01906-AA (Nov. 12, 2025) | | | | | |
| 132 | Maxine Bernstein, *ICE officers reveal arrest quotas, facial recognition use in Oregon dragnet*, The Oregonian, Dec. 9, 2025, https://www.oregonlive.com/crime/2025/12/ice-officers-reveal-arrest-quotas-facial-recognition-use-in-oregon-dragnet.html | | | | | |
| 133 | Order, *M-E-G-G- v. Hermosillo et. al.*, No. 3:25-cv-02160-AB, Dkt. 12 (D. Or., Nov. 25, 2025) | | | | | |
| 134 | Order, *A-B-D- et. al.- v. Hermosillo et. al.*, No. 6:25-cv-02014-AA, Dkt. 25 (D. Or., Dec. 5, 2025) | | | | | |
| 135 | Order, *M-L-G-G- et. al. v. Hermosillo et. al.*, No. 6:25-cv-02012-AA, Dkt. 37 (D. Or., Dec. 5, 2025) | | | | | |
| 136 | Opinion and Order, *M-L-G-G- et. al. v. Hermosillo et. al.*, No. 6:25-cv-02012-AA, Dkt. 41 (D. Or., Dec. 8, 2025) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 137 | Declaration of Petitioner M-J-M-A- ISO Petition for Habeas Corpus, Dkt. 31, 6:25-cv-02011-MTK (Nov. 10, 2025) | | | | | |
| 138 | Nava Broadcast Policy, *Castanon-Nava v. DHS*, 1:18-cv-03757 (Feb. 7, 2022), Dkt. 155-1 at 18-19 (Appendix A) | | | | | |
| 139 | Declaration of Field Office Director Sam Olson, Dkt. 224-1, *Castanon-Nava v DHS*, 1:18-cv-03757 (Oct. 22, 2025) | | | | | |
| 140 | Declaration of Alyssa Walker Keller ISO Motion for Preliminary Injunction, Dkt. 80, 46:25-cv-01906-AA (Dec. 15, 2025) | | | | | |
| 141 | Declaration of Lynn Stopher ISO Motion for Preliminary Injunction, Dkt. 79, 46:25-cv-01906-AA (Dec. 15, 2025) | | | | | |
| 142 | Declaration of Emily Ryo ISO Motion for Preliminary Injunction, Dkt. 78, 46:25-cv-01906-AA (Dec. 15, 2025) | | | | | |
| 143 | Findings of Fact and Conclusions of Law, *Oregon v. Trump,* No. 3:25-cv-01756-IM, ECF 146 (D.Or. Nov. 7, 2025). | | | | | |
| 144 | The White House, *Protecting the American People Against Invasion*, Jan. 20, 2025, https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-american-people-against-invasion | | | | | |
| 145 | AILA Doc. No. 25071607, ICE Memorandum: Interim Guidance Regarding Detention Authority for Applications for Admission, Jul. 8, 2025, https://www.aila.org/ice-memo-interim-guidance-regarding-detention-authority-for-applications-for-admission | | | | | |
| 146 | U.S. Immigration & Customs Enforcement, *Performance-Based National Detention Standards 2011* (rev. Dec. 2016), https://www.ice.gove/doclib/detention-standards/2011/pbnds2011r2016.pdf | | | | | |
| 147 | U.S. Immigration & Customs Enforcement, *National Detention Standards 2025* (rev. | | | | | |

5 - AMENDED PLAINTIFFS' EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2025), https://www.ice.gov/doclib/detention-standards/2025/nds2025.pdf | | | | | |
| 148 | Associated Press, *Trump vows to 'permanently pause' migration from poor nations in social media screed*, NPR, Nov. 28, 2025, https://www.npr.org/2025/11/28/nx-s1-5623787/trump-vows-to-permanently-pause-migration-from-poor-nations-in-social-media-screed. | | | | | |
| 149 | CLEAR Clinic Group Legal Presentation Request (Nov. 5, 2025) | | | | | |

Dated: December 17, 2025.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/  Nelly Garcia Orjuela*

　　　　　　　　　　　　　　　　　　NELLY GARCIA ORJUELA, OSB #223308
　　　　　　　　　　　　　　　　　　nelly@innovationlawlab.org
　　　　　　　　　　　　　　　　　　STEPHEN W MANNING, OSB No. 013373
　　　　　　　　　　　　　　　　　　stephen@innovationlawlab.org,
　　　　　　　　　　　　　　　　　　smanning@ilgrp.com
　　　　　　　　　　　　　　　　　　TESS HELLGREN, OSB No. 191622
　　　　　　　　　　　　　　　　　　tess@innovationlawlab.org
　　　　　　　　　　　　　　　　　　JORDAN CUNNINGS, OSB No. 182928
　　　　　　　　　　　　　　　　　　jordan@innovationlawlab.org
　　　　　　　　　　　　　　　　　　INNOVATION LAW LAB
　　　　　　　　　　　　　　　　　　333 SW 5th Ave., Suite 200
　　　　　　　　　　　　　　　　　　Portland, OR 97204-1748
　　　　　　　　　　　　　　　　　　Telephone: +1 503-922-3042

　　　　　　　　　　　　　　　　　　Attorneys for Petitioner

6 - AMENDED PLAINTIFFS' EXHIBIT LIST