**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SARAH E. FELDMAN, OSB # 141458**
**MICHAEL J. JETER, OSB # 165413**
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorneys
Sarah.Feldman@usdoj.gov
Michael.Jeter@usdoj.gov
Joshua.Keller@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; LEON X**, on behalf of a class of all similarly situated people, | Case No. 6:25-cv-01906-AA |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| **KRISTI NOEM; TODD LYONS; LAURA HERMOSILLO; PETE FLORES; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,** | |
| Defendants. | |

Page 1 – Notice of Withdrawal of Counsel

Notice is hereby given, pursuant to Local Rule 83-11(b) and effective immediately, that Sarah E. Feldman withdraws as counsel for Defendants. Michael J. Jeter and Joshua Keller remain as counsel for Defendants.

Respectfully submitted this 22nd day of January, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Sarah E. Feldman*
SARAH E. FELDMAN
Assistant United States Attorney
Attorneys for Defendants

Page 2 – Notice of Withdrawal of Counsel