STEPHEN W MANNING, OSB No. 013373 stephen@innovationlawlab.org, smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**Eugene Division**

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X, on behalf of a class of all similarly situated people,<br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"),<br>    *Defendants*. | Case No. 6:25-cv-01906-AA<br><br>**DECLARATION OF JORDAN CUNNINGS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS DEFENDANT CUSTOMS AND BORDER PROTECTION** |

I, Jordan E. Cunnings, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney licensed to practice in the State of Oregon and am a member in good standing of the bars of the U.S. District Court for the District of Oregon, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I am counsel in the above-captioned matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Defendant Customs and Border Protection. I am over 18 years old and have personal knowledge of the facts described herein. If called upon to do so, I could and would competently testify as follows:

2. Attached hereto as Exhibit 1 is a true and correct copy of a Guardian news article by Roque Planas and Andrew Witherspoon entitled "The federal agents deployed in Trump's immigration crackdown- visualized" (Jan. 28, 2026), available at https://www.theguardian.com/us-news/2026/jan/19/donald-trump-immigration-crackdown (last accessed February 2, 2026).

3. Attached hereto as Exhibit 2 is a true and correct screenshot from an AP News video entitled "Video shows Border Patrol's Bovino tossing smoke canister at protestors in Minneapolis" (Jan. 21, 2026), available at https://apnews.com/video/video-shows-border-patrols-bovino-tossing-smoke-canister-at-protesters-in-minneapolis-6a45955404c54e47945944d36b67f507 (last accessed February 2, 2026). The video's descriptor states: "Greg Bovino of U.S. Border Patrol, who has led the administration's big-city immigration campaign, was seen on video warning protestors 'Gas is coming!' before throwing a canister that released green smoke into a Minneapolis crowd Wednesday."

DECLARATION OF JORDAN CUNNINGS ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Page 1

4. Attached hereto as <u>Exhibit 3</u> is a U.S. Customs and Border Protection post on Facebook from December 17, 2025, available at https://www.facebook.com/CBPgov/posts/making-the-communities-in-oregon-and-across-the-nation-safe-again-us-border-patr/1307494158084250/ (last accessed February 2, 2026). The post reads "Making the communities in Oregon and across the nation safe again! US Border Patrol agents apprehended 24 illegal aliens, including 3 from Afghanistan, with criminal histories including: - Identity Theft – Possession of Dangerous Drugs – Providing Liquor to a Minor – Disorderly Conduct and Prostitution and the list goes on. All were transferred to U.S. Immigration and Customs Enforcement for further processing."

5. Attached hereto as <u>Exhibit 4</u> is a U.S. Customs and Border Patrol re-post of a Department of Homeland Security Post on X, shared at 4:52 PM on January 8, 2026, available at https://x.com/DHSgov/status/2009427948541993323 (last accessed Feb. 2, 2026). The post reads, in part: "At 2:19 PST, US Border Patrol agents were conducting a targeted vehicle stop in Portland, Oregon."

6. Attached hereto as <u>Exhibit 5</u> is an ABC News article entitled "Portland shooting latest: Police chief alleges gang 'nexus;' two shot remain in hospital" (Jan. 9, 2026), available at https://abcnews.go.com/US/2-shot-federal-agents-portland-sources/story?id=129038573 (last accessed Feb. 2, 2026). The article reads, in part: "A Customs and Border Protection Agent shot and injured two people in Portland, Oregon, Thursday, who federal authorities said 'weaponized' their vehicle against law enforcement. The Patrol agents were conducting a 'targeted' stop on a vehicle carrying two people allegedly affiliated with the Tren de Aragua (TdA) gang."

7. Attached hereto as Exhibit 6 is a Department of Homeland Security press release titled "Under President Trump and Secretary Noem, the Department of Homeland Security Has Historic Year" (Dec. 19, 2025), available at https://www.dhs.gov/news/2025/12/19/under-president-trump-and-secretary-noem-department-homeland-security-has-historic (last accessed Feb. 2, 2026). The press release reads, in part: "And, nationwide, ICE, CBP, and other immigration law enforcement are targeting the worst of the worst criminal illegal aliens for arrest and deportation through targeted enforcement operations in cities throughout the country[.]"

8. Attached hereto as Exhibit 7 is an NBC News article by John Schuppe and Erik Ortiz entitled "Trump's DHS has shot 13 people during immigration enforcement operations since September. Here's what to know." (Jan. 16, 2026), available at https://www.nbcnews.com/news/us-news/ice-shootings-list-border-patrol-trump-immigration-operations-rcna254202 (last accessed Feb. 2, 2026). The article describes, in part, five CBP officer-involved shootings, including three that occurred while conducting immigration enforcement in the interior of the United States (Chicago, Portland, Oregon, and Minneapolis).

9. Attached hereto as Exhibit 8 is a post on X from the U.S. Border Patrol Chief, posted at 5:07PM on November 14, 2025, available at https://x.com/USBPChief/status/1989500427121918422?s=20 (last accessed Feb. 3, 2026). The post reads: "Operation Oregon Support: PORTLAND SWEEP. It has been one month since our law enforcement teams began operating in Portland, Oregon. In October alone, over 560 criminal illegal aliens living in our neighborhoods were

DECLARATION OF JORDAN CUNNINGS ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Page 3

targeted and apprehended. Our team is cracking down hard, to restore order and protect our communities. We're not done yet! @usbpsog".

10. Attached hereto as <u>Exhibit 9</u> is an Oregonian article by Maxine Bernstein entitled "ICE officers reveal arrest quotas, facial recognition use in Oregon dragnet" (last updated Dec. 9, 2025) available at https://www.oregonlive.com/crime/2025/12/ice-officers-reveal-arrest-quotas-facial-recognition-use-in-oregon-dragnet.html (last accessed Feb. 4, 2026).

Dated:   February 4, 2026              */s/ Jordan Cunnings*

                                                          JORDAN CUNNINGS, OSB No. 182928
                                                          jordan@innovationlawlab.org
                                                          INNOVATION LAW LAB
                                                          333 SW 5th Ave., Suite 200
                                                          Portland, OR 97204-1748
                                                          Telephone: +1 503-922-3042

                                                          *Attorney for Petitioner*

## TABLE OF EXHIBITS

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Roque Planas and Andrew Witherspoon, *The Guardian*, "The federal agents deployed in Trump's immigration crackdown- visualized" (Jan. 28, 2026), available at https://www.theguardian.com/us-news/2026/jan/19/donald-trump-immigration-crackdown (last accessed Feb. 2, 2026). |
| 2 | *AP News*, "Video shows Border Patrol's Bovino tossing smoke canister at protestors in Minneapolis" (Jan. 21, 2026), available at https://apnews.com/video/video-shows-border-patrols-bovino-tossing-smoke-canister-at-protesters-in-minneapolis-6a45955404c54e47945944d36b67f507 (last accessed Feb. 2, 2026). |
| 3 | U.S. Customs and Border Protection, Facebook post (Dec. 17, 2025), available at https://www.facebook.com/CBPgov/posts/making-the-communities-in-oregon-and-across-the-nation-safe-again-us-border-patr/1307494158084250/ (last accessed Feb. 2, 2026). |
| 4 | U.S. Customs and Border Patrol, X re-post of Department of Homeland Security post (shared at 4:52 PM on Jan. 8, 2026), available at https://x.com/DHSgov/status/2009427948541993323 (last accessed Feb. 2, 2026). |
| 5 | *ABC News*, "Portland shooting latest: Police chief alleges gang 'nexus;' two shot remain in hospital" (Jan. 9, 2026), available at https://abcnews.go.com/US/2-shot-federal-agents-portland-sources/story?id=129038573 (last accessed Feb. 2, 2026). |
| 6 | Department of Homeland Security, press release, "Under President Trump and Secretary Noem, the Department of Homeland Security Has Historic Year" (Dec. 19, 2025), available at https://www.dhs.gov/news/2025/12/19/under-president-trump-and-secretary-noem-department-homeland-security-has-historic (last accessed Feb. 2, 2026). |
| 7 | John Schuppe and Erik Ortiz, *NBC News*, "Trump's DHS has shot 13 people during immigration enforcement operations since September. Here's what to know." (Jan. 16, 2026), available at https://www.nbcnews.com/news/us-news/ice-shootings-list-border-patrol-trump-immigration-operations-rcna254202 (last accessed Feb. 2, 2026). |
| 8 | U.S. Border Patrol Chief, X post (shared at 5:07PM on Nov. 14, 2025), available at https://x.com/USBPChief/status/1989500427121918422?s=20 (last accessed Feb. 3, 2026). |
| 9 | Maxine Bernstein, *The Oregonian*, "ICE officers reveal arrest quotas, facial recognition use in Oregon dragnet" (last updated Dec. 9, 2025), available at https://www.oregonlive.com/crime/2025/12/ice-officers-reveal-arrest-quotas-facial-recognition-use-in-oregon-dragnet.html (last accessed Feb. 4, 2026). |