

EXHIBIT 2                                                                                       1