# facebook

Log In

## U.S. Customs and Border Protection's Post

 **U.S. Customs and Border Protection** ✓
December 17, 2025 · 🌐

Making the communities in Oregon and across the nation safe again! **US Border Patrol** agents apprehended 24 illegal aliens, including 3 from Afghanistan, with criminal histories including:
- Identity Theft
- Possession of Dangerous Drugs
- Providing Liquor to a Minor
-Disorderly Conduct and Prostitution
and the list goes on.
All were transferred to **U.S. Immigration and Customs Enforcement** for further processing.



👍❤️ 8.3K          695 comments   586 shares

👍 Like                             💬 Comment

**Most relevant** ▾

 **Adrian Nardi**
That's 24 less on SNAPS.

EXHIBIT 3                                                          1

# facebook

Log In

EXHIBIT 3

2