2/4/26, 9:26 PM
Case 6:25-cv-01906-AA    Document 95-4    Filed 02/04/26    Page 1 of 1
(20) Homeland Security on X: "At 2:19 PST, US Border Patrol agents were conducting a targeted vehicle stop in Portland, Oregon. The passenger of…



EXHIBIT 4    1
https://x.com/DHSgov/status/2009427948541993323    1/8