

Live    Video    Shows ⌄    Shop                        Stream on

# Portland shooting latest: Police chief alleges gang 'nexus;' 2 shot remain in hospital

The agent involved is with U.S. Customs and Border Protection, DHS said.

By **Trevor Ault**, **Alex Stone**, **Meredith Deliso**, **Luke Barr**, and **Jon Haworth**
January 9, 2026, 4:41 PM



**2 shot by federal agent in 'targeted' stop, Portland mayor asks ICE halt operations** Two people were injured in a shooting involving a federal agent in Portland, Oregon, on Thursday, authorities said.

Jenny Kane/AP

A Customs and Border Protection Agent shot and injured two people in Portland, Oregon, Thursday, who federal authorities said "weaponized" their vehicle against law enforcement.

The Department of Homeland Security alleged the shooting in Portland occurred while Border Patrol agents were conducting a "targeted" stop on a vehicle carrying two people allegedly affiliated with the Tren de Aragua (TdA) gang. The passenger, who was identified Friday as Yorlenys Betzabeth Zambrano-Contreras, was the target of the investigation, DHS said.

The agents on the stop were part of a CBP operation dubbed "Operation Oregon," according to multiple law enforcement sources.



Law enforcement officials work the scene following reports that federal immigration officers shot and wounded people in Portland, Ore., Thursday, Jan. 8, 2026.
Jenny Kane/AP

The driver, who was identified by DHS as Luis David Nico Moncada, was stopped driving a red Toyota, before he and Zambrano-Contreras attempted to flee, according to sources.

"When agents identified themselves to the vehicle occupants, the driver weaponized his vehicle and attempted to run over the law enforcement agents," DHS said in a statement.

EXHIBIT 5                                                                2

https://abcnews.go.com/US/2-shot-federal-agents-portland-sources/story?id=129038573

2/4/26, 9:27 PM          2 dead in shooting involving federal agents in Oregon; gang member info furnished on hospital - ABC News

Case 6:25-cv-01906-AA    Document 95-5    Filed 02/04/26    Page 3 of 9

The agent, as DHS said in their statement, feared for their safety and fired at the vehicle.



A medical office in Portland, Oregon, where police say a shooting involving federal agents occurred, Jan. 8, 2026.
KATU

The two people who were shot remain hospitalized in stable condition, Portland Police Chief Bob Day said Friday.

DHS said that both victims were believed to have been undocumented Venezuelan nationals with ties to TdA.

Day said during a press briefing Friday that local police have also confirmed that the two "do have some nexus to involvement with TdA," including with a shooting in northeast Portland in July.

"Through the investigation of the shooting on July 11, there became a nexus to them," Day said, referring to the two people shot Thursday. "Whether they were involved, I do not know. As far as I am aware, they haven't been named as suspects; they haven't been charged in it."

His voice choking up with emotion, Day said he hesitated to share the information about the criminal histories and alleged links to the gang because of a fear of what he called victim blaming.

"This information in no way is meant to disparage or to condone or support or agree with any of the actions that occurred yesterday," Day said. "But it is important that we stay committed the rule of law, that we stay committed to the facts."

Day said Portland Police were not aware of Thursday's traffic stop in advance.

"We're continuing to communicate to our federal partners that any information they can provide ahead of time so we can be aware of to provide, you know, a greater level of safety and security for everyone involved, we are in favor of," he said.

Day said his department has not seen or retrieved any video of the shooting.

EXHIBIT 5                    4

2/4/26, 9:27 PM
Case 6:25-cv-01906-AA    Document 95-5    Filed 02/04/26    Page 5 of 9
2 women shooting by federal agents amid charges gang members storm detention hospital - ABC News

In an interview with ABC News, Chief Michael Banks of the U.S. Border Patrol, said local police have been invited to work alongside federal authorities.

"There are certain states where law enforcement refuses to work with us and will only respond after an incident has happened," Banks said. "In this case, Portland, PD has been invited to work alongside of us in operations, and they refuse to participate under the argument that they don't participate in immigration enforcement."

---

**'A state of terror and fear': Eyewitness shares her recount of fatal Minneapolis ICE shooting**    →

---

The incident in Portland came after an ICE officer on Wednesday allegedly shot and killed a woman in her car in Minneapolis, Minnesota, sparking outrage and backlash against the presence of federal agents there. Similarly, the mayor of Portland called for immigration enforcement operations to halt while the investigation is ongoing.

In the Minneapolis case as well, federal officials alleged the motorists tried to ram agents, who fired defensive shots.

Following the shooting Thursday, Portland Mayor Keith Wilson told reporters, "We know what the federal government says happened here. There was a time when we could take them at their word. That time is long past."

"We are calling on ICE to halt all operations in Portland until a full and independent investigation can take place," he said. "Our community deserves answers."

Later Thursday evening, Oregon Attorney General Dan Rayfield said he was opening an investigation into the shooting.

In a social media post, Rayfield said the Oregon Department of Justice investigation will examine whether any federal officers acted outside the scope of their lawful authority during the encounter. The post said the investigation would include witness interviews and video evidence.

The shooting incident occurred around 2:18 p.m. local time on Thursday, officials said. Portland police said officers responded to the 10200 block of Southeast Main Street near Adventist Health, a medical office, for the report of a shooting.

Several minutes later, Portland police officers responding to a call for help at an apartment complex some three miles away from the shooting scene found a man and woman with "apparent gunshot wounds," according to the police department.

The victims had driven themselves to the apartment complex in the area of Northeast 146th Avenue and East Burnside Street, where the man who had been shot called for help, according to police.



Authorities respond to an apartment complex in Portland, Oregon, where two shooting victims were located, Jan. 8, 2026.

KATU

Day urged calm amid "heightened emotion" following the deadly ICE officer-involved shooting in Minneapolis and asked Friday for protests to be "a place of safety for all."

During the press conference, Oregon Gov. Tina Kotek called for transparency from the federal government in the investigation.

"The priority right now is a full, completed investigation, not more detentions. My message to the federal government is this: We demand transparency. We demand your cooperation with Portland Police and the Multnomah County DA, because we need to investigate this incident efficiently and effectively so we can rebuild trust with our nation's government," Kotek said.

Earlier, Mayor Wilson called the incident "deeply troubling" while also calling on residents to "show up with calm and purpose during this difficult time."

---

**What to know about ICE use-of-force policy→**

---

"Portland does not respond to violence with violence," he said in a statement. "We respond with clarity, unity, and a commitment to justice. We must stand together to protect Portland."

Early Friday, Portland police confirmed that at least six people were arrested during protests as crowds gathered outside an ICE facility.

"At about 9 p.m., officers requested that people move to the sidewalk, as traffic remained open in the area. An officer in the PPB Sound Truck, a loudspeaker-equipped police vehicle, broadcast that request repeatedly to the group," the Portland Police Bureau said in their statement. "PPB moved in and made targeted arrests resulting in five custodies," while another arrest was made later on.

Multnomah County District Attorney Nathan Vasquez told reporters at the scene of the shooting that he is "very concerned."

"We are here from this attorney's office to monitor, to assist and to make sure that there's a thorough and complete investigation, that evidence is fully preserved, and that we're certainly hoping that we can get all of the facts about what transpired," he said.

## Related Topics

**Portland Protests**

2/4/26, 9:27 PM
Case 6:25-cv-01906-AA    Document 95-5    Filed 02/04/26    Page 8 of 9
2 shot during shooting federal agents in Chicago; gang member identified, in formation hospitalized - ABC News



## Sponsored Content by Taboola

**Biggest Offer Ever**

**Sponsored** / Nectar Sleep                                    Shop now

**Random Silver Eagles (Dates/Type our Choice)**

**Sponsored** / Money Metals Exchange                           Buy now

**'ALMOST PERFECT' KOALA SLING BAG - MEADOW / SMALL**

**Sponsored** / Portland Leather Goods US                       Buy now

**Portland: How Much Should New Windows Cost For a 2500 Sq Ft Home?**

**Sponsored** / Modern Energy-Saving Windows                    Learn More

**Spine Specialists Says: Do This For 15min To Relieve Sciatica**

**Sponsored** / Smoothspine                                     Learn More

**See How AllModern Makes Furniture Shopping Simple**

**Sponsored** / ALLMODERN.COM                                   Shop Now

**Portland: This Is How Much New Windows Should Cost in 2026**

**Sponsored** / Modern Energy-Saving Windows                    Learn More

**$25 Patch Is Going Viral After Shocking Weight Loss Photos**

**Sponsored** / BetterLiving

**The 'Free' Phone Trap**

**Sponsored** / Consumer Cellular                               Learn More

2 women shooting that left federal charges gang member 2 law formation hospital: ABC News

**ABC News Network**  **Privacy Policy**  **Your US State Privacy Rights**  **Children's Online Privacy Policy**  **Interest-Based Ads**

**About Nielsen Measurement**  **Terms of Use**  **Do Not Sell or Share My Personal Information**  **Contact Us**

© 2026 ABC News

EXHIBIT 5