

Post

**Chief Michael W. Banks** ✓
@USBPChief

Operation Oregon Support: PORTLAND SWEEP
It has been one month since our law enforcement teams began operating in Portland, Oregon. In October alone, over 560 criminal illegal aliens living in our neighborhoods were targeted and apprehended. Our team is cracking down hard, to restore order and protect our communities.
We're not done yet! @usbpsog

5:07 PM · Nov 14, 2025 · 13.5K Views

💬 64    🔁 252    ❤️ 886    🔖 24    ⬆️

Read 64 replies

EXHIBIT 8    1    1/1