STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| CLEAR CLINIC, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, and LEON X, individually and on behalf of others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; LAURA HERMOSILLO, Seattle Acting Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"),<br><br>*Defendants.* | Case No. 6:25-cv-01906-AA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby provide notice to the Court of a recent decision in *The Advocates for Human Rights v. DHS* (hereinafter "*AHR*"), No. 26-cv-00749, ECF 95 (D. Minn. Feb. 12, 2026), attached at Exhibit A, granting plaintiffs' motion for a temporary restraining order and requiring the government to provide access to counsel to individuals in temporary civil immigration detention at the Bishop Henry Whipple Federal Building in Minnesota ("Whipple").

*AHR* challenges Defendants' policies and practices of denying access to counsel to noncitizens in civil immigration custody before rapidly transferring these detainees out of the state and away from Minnesota-based counsel. The court's February 12 order requires a number of affirmative steps to facilitate access to counsel, including a 72-hour prohibition on transferring detained individuals out of the state of Minnesota. *AHR*, No. 26-cv-00749, ECF 95 at 36-41.

In its decision, the District Court for the District of Minnesota finds that "Defendants' policies and practices at Whipple all but extinguish a detainee's access to counsel", citing evidence of immediate transfer, challenges to locate detainees, limited phone communication, barriers to physical attorney visitation, and pressure to waive rights. *Id.* at 6-8. The court concludes that *AHR*, a nonprofit whose core activities including "providing and facilitating legal services to migrants", establishes "third-party standing to vindicate the constitutional rights of its clients". *Id.* at 20-23.

The court holds that plaintiffs are likely to succeed on the merits of their Fifth Amendment due process claim, including finding that "Defendants' practice of rapidly transferring detainees out of state without an opportunity to consult with counsel is unconstitutionally excessive", *id.* at 30. The court rejects the government's argument that Defendants could "deny access to counsel at holding facilities . . . which are only 'used for processing before transfer to the detention center'", affirming that the Fifth Amendment right to counsel applies irrespective of a facility's label and "[t]he Constitution does not permit the government to arrest thousands of individuals and then disregard their constitutional rights because it would be too challenging to honor those rights." *Id.* at 31-34.

Dated: February 17, 2026.                    Respectfully submitted,

/s/   Tess Hellgren
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

Page 2 – PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY