STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,smanning@ilgrp.com
TESS HELLGREN, OSB No. 191622
tess@innovationlawlab.org
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| CLEAR CLINIC, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, and LEON X, individually and on behalf of others similarly situated; | |
| *Plaintiffs,* | |
| v. | |
| KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; LAURA HERMOSILLO, Seattle Acting Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); PETE FLORES, Acting Commissioner of Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION ("CBP"), | Case No. 6:25-cv-01906-AA  **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| *Defendants.* | |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby provide notice to the Court of a recent decision in *MJMA v. Hermosillo*, No. 6:25-cv-02011-MTK, ECF 88 (D.Or. Feb. 27, 2026), attached at Exhibit A, granting plaintiffs' motion for a preliminary injunction against DHS's policy of making warrantless arrests unsupported by a probable cause determination of likelihood to escape in the District of Oregon.

In its decision, the District Court for the District of Oregon observed that "[t]here is no telling how many people would have sought counsel, or would have benefited from it. It is clear that there are countless more people who have been rounded up, and who either remain in detention or have 'voluntarily' deported that those, like M-J-M-A-, who were fortunate enough to find counsel at the eleventh hour." ECF 88 at 50.  The Court observed that "[f]or the one detainee who has the audacity to challenge the legality of her detention and gains release, several more remain detained or succumb to the threat of lengthy detention, and then instead 'voluntarily' deport. Defendants win the numbers game at the cost of debasing the rule of law." *Id.*

Dated: March 5, 2026.                    Respectfully submitted,

                                         */s/  Stephen W Manning*

                                         STEPHEN W MANNING, OSB No. 013373
                                         stephen@innovationlawlab.org,
                                         smanning@ilgrp.com
                                         TESS HELLGREN, OSB No. 191622
                                         tess@innovationlawlab.org
                                         JORDAN CUNNINGS, OSB No. 182928
                                         jordan@innovationlawlab.org
                                         KELSEY LYNN PROVO, OSB No. 145107
                                         kelsey@innovationlawlab.org
                                         NELLY GARCIA ORJUELA, OSB No. 223308
                                         nelly@innovationlawlab.org
                                         INNOVATION LAW LAB
                                         333 SW 5th Ave., Suite 200
                                         Portland, OR 97204-1748
                                         Telephone: +1 503-922-3042

Page 1 – PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Attorneys for Plaintiffs