**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB # 165413**
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorneys
Michael.Jeter@usdoj.gov
Joshua.Keller@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; LEON X, on behalf of a class of all similarly situated people,**<br><br>    Plaintiffs,<br><br>v.<br><br>**KRISTI NOEM; TODD LYONS; LAURA HERMOSILLO; PETE FLORES; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,**<br><br>    Defendants. | Case No. 6:25-cv-01906-AA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Page 1    NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given, pursuant to Local Rule 83-11(b) and effective immediately, that Michael J. Jeter withdraws as counsel for Defendants. Joshua Keller remains as counsel for Defendants.

Submitted on this 5th day of March, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Michael J. Jeter*
MICHAEL J. JETER
Assistant United States Attorney
Attorneys for Defendants
