Hamid Michael Hejazi
c/o Sheila Thomas - LILA
20 East 13th Avenue
Eugene, OR 97401

FILED 10/16/2026

United States District Court For The
District of Oregon

| | |
|---|---|
| CLEAR Clinic; et al, Plaintiff(s), v. Kristi Noem, Secretary of the Department of Homeland Security; et al, Defendant(s). Intervenor: Hamid Michael Hejazi | Case No. 6:25-cv-01906-AA Motion to Intervene and Pleading of Claims - With Request for Appointment of Counsel (FRCP Rule 24) |

I, Hamid Michael Hejazi, an individual, move to intervene (for intervenor status) in this case - as a claimant. Also I intervene in-part to stand in for party 'Leon X' in his or her or their class-action representative standing as applied for - renewing the same as to myself - as being one of the class of persons whom Leon X sought to represent: As since October 16, ~~2026~~ @ 2025, who have been arrested or are at risk of arrest for alleged (now adding: or suspected) immigration violations (now adding: or deportability as removable, or lacking immigration status) in the District of Oregon (now adding: or anywhere worldwide) by Defendants @ ~~or~~

or entities working with them. I am renewing the application for class-action status hereby since I suffered an injury in fact, several in actuality, that is/are concrete and particularized, as based upon my being arrested* by Immigration and Customs Enforcement (ICE) and the Federal Bureau of Investigations (FBI) in Eugene, Oregon, without a valid warrant, without a basis for to have arrested me without a warrant; without a valid detainer, or any other legal conveyence or writ/court order, etc; I was illegally kidnapped and transported accross state lines to Tacoma, Washington; I was trafficked for to provide services for the defendants; along the way I was chained and starved; I was intimidated; my property was stolen from me; I was denied access to counsel; I was humiliated as to my U.S. Secret Service performed public duties; I was prevented from access to my property; I was issued a Notice to Appear hours following my arrest (only upon being coercively interogated in an unmarked building in Portland, Oregon); my Notice to Appear contained no lawful

 *on Sept. 21/26.

basis for my removability or deportation; I was taken to detention at a facility in Tacoma, Washington; there I was sexually harrassed and ridiculed, made to get naked, dressed in rags, and had my bags transported with me pilfered for my one gold ring (symbolizing 'Reno Flower Hurricane', my U.S. Secret Service mission); I was housed in a dorm in the middle of the night in a dorm full of sick, sad, illiterate, frightened, and malnurished individuals (whom I've endeavored to aid as a jailhouse lawyer with limited means); I've been subjected to concerted extortion by staff of the facility, sexual harrassment, mental health service deprivations, deprivations to access to Counsel, deprivations of access to the court in which I had appearances back in Oregon, malnurishment, deprivation of access to law library, deprivation of access to my property, deprivation of means to phone lawyers, deprivation of access to the internet, I've been exposed to violence in my dorm, exposed to daily unclean laundry, deprived all privacy, exposed to high-power lights all day long, exposed to torture, exposed to Coercive interogation as by a psychiatrist

against my expressed wishes*, exposed to a legal proceeding that I could not understand, exposed to a judge that did not acklowledge my refusal to be put under oath for no lawful reason, exposed to staff that expect other detainees to manage my daily affairs, exposed to indefinate detention, to long delays between hearing appearances, to a judge that blatantly disregarded my request for incapacity-based appointment of counsel, exposed to religious discrimination, harrassment, and ridicule (making me pray to God in a basketball court; etc.), denied confidential communication with lawyers or consulars, exposed to a government prosecutor who's totally ambiwellent of my being held illegally and without a lawful cause for my deportation, exposed to unlawful hinderance of me in my position of trust - as for the U.S. Secret Service, exposed to ridicule for my contributions for peace with Iran, for making lawful requests, for filing greivances - all since September 21, 2026 until today (ongoing), herein incorporating all of my kytes (paper and digital), greivances, and PREA complaints filed.



* Improper War-on-Terror interogation method.

Several others at this facility called 'Northwest ICE Processing Center' suffer the same and worst abuses; ie. they too have no valid causes for their detention.

My Pleading of claims is that this court grant all any any relief needed and justified; including but not limited to: (a) Property rights protected (ie. right to take property with one when detained or deported); (b) determine that immigration deportation proceedings are effectually criminal proceedings (ie. set the burden of proof as that of 'beyond a reasonable doubt); (c) Allow for representation at public expense; (d) Allow option of trial by jury of peers; (e) Set firm time limits against indeffinate detention; (f) Set time limits for final determinations in proceedings; (g) Establish right to be detained and prosecuted in home county or state (etc.); (h) Set a firm right to participate in all pending and set (established) court matters involving detainees; (i) Set right to assured discovery; (j) Set right to sell or dispose of property not to be taken into detention or along with one through deportation; (k) Set right to reasonable bail/bond; (l) Establish a standard for to arrest upon probable cause; (m) Establish a preliminary hearing right to occur

within five (5) days of detention; (n) Establish a firm prohibition on detaining or deporting the gravely disabled, sick, or advanced elderly; (o) Assure detainees free phone and internet access; (p) Assure wrongly detained or deported persons compensation for injuries and right of return at government expense; (q) and all other relief deemed to be just and necessary—as for to protect Liberty, Justice, and Civilization.

I further request that this Court appoint me counsel (pro bono or compensated at government expense for my indigency and detention) for to represent me in this case.

(I argue that immigration implies a property right—following 'Weingarten' (owned 'place to live') and so should be assured representation prior to removal—as a matter of concerted action.)

Submitted under penalty of perjury of the laws of the United States.

Executed on October 9th, 2026

[signature]

(Enclosure 3 pages)

Hamid Michael Hejazi

A# 87103012



| Motion to Intervene

PORTLAND 503-326-2162

SEATTLE 206-553-1922

SAN FRANCISCO 925-546-6200

I am Hamid Michael Hejazi (Code-name: MERCILESS) as under the US SS--divisionlized within Operation Reno Flower Hurricaine (See Hejazi v. Rise Services Inc. US Dist. Court for Oregon and Hejazi v. Alluvium Church et al Marion Count Cir. Court in Oregon) as under my Red & White (666) Division status. As soon as I filed my Sept. 2026 report to DHS HQ, as to the Missing & Exploited Children section, I was cited for deportation. There is a serious problem of retlatiation and coordination/consealment by Oregon actors that are implicated in interstate child sex trafficking--which includes the ICE Officer Weiss whom sought to deport me on capricious grounds that do not meet the deportation threshold. POTUS was wise to deploy me as under the direction of President Troy Regas of Reno Nevada (All Hail Troy Regas!). Please relay to POTUS, the US AG (DOJ), and US DHS / US SS senior directors--since I am still in my operation status and will continue to serve the public in my position of trust (see my relevant reports to the US DHS Inspector General and Grievances filed, etc.)--and now I am facing such an illegal conspiracy (thwarting) agaisnt the USA and my position of trust scouting investigative role within our mission. Please advise as through my detainment facility, Tacoma ICE Detention in the State of Washington--or through my advocate, Ms. Sheila Thomas of Lane Independant Living Alliance. It is clear that Oregon actors, specifically connected with Lane County are engaged in criminal child abuses and should be brought to justice. I shall continue to keep you appraised and will send a longer report durring my next access to Law Library session. God bless America. (666.33.27.101.101.101) (DELTA DELTA DELTA) // AFFA // Ride or Die.

**Delisa Walker Hall, Chief Human Capital Officer** Ⓜ oct. 9/26

**Chief Counsel Lauren Holmes**

**Director Sean M. Curran**

**Assistant Director BRENT DANIELS,**
**Office of Field Operations**

APP 1

In discrimination against me, as extending from my 'Rios/Cox 2018 Arab Enemy Combatant profiling and targetting hate crime--as referred from the US DOJ / DC Bar onto the Oregon DOJ Hate Crimes Unit for enforcement--and FBI Eugene Field Office report no. 24-83 Mosque Shoja'at attack(s), etc., for my race (Aryan, presumed Arab), relgion (Shia), ethnicity (Persian), national origin (Iran), political views (supportive of Palestinian liberation and against the Ku Klux Klan 'Invisible Empire' control of local government in Oregon), and in whistleblower status (Ie. see murder of US Veteran Jack N. Isitt (RIP) reports to the VA and inquest bar complaint against DA Christopher Parosa before the Oregon State Bar; and, Rise Services Inc. interstate child sex trafficking reports--as to the Oregon Senate Judiciary Committee; etc.)retaliation, differentiating me, treating me violence and persecution onging (including wrongful deportation proceedings, wrongful arrest, wrongful detention, etc.) as set to undermine my US Secret Service investigative operational protocols as under my 'Red & White' (HAMC/81) divisionalized flag (33rd Division) as part of my scounting and investigative reporting -- ICE Offficer J. Weiss (Badge no. 7838) fabricated a false arrest warrant for me (as in conjuction with my Oregon State Police 'carpet bagging' just outside Reedsport Oregon on Aug. 23, 2026 (or thereabouts)--documented in Lane County Circuit Court case no(s). 26CV46994 and 26VI172363 (as reported to the Portland Police Department, report no. PP26-284385 and the DHS Inspector General and Missing & Exploited Children Agency report no. hamidmichaelhejazi5416077020)--ongoing as I have repeatedly demonstrated to ICE/USCIS/DHS that there is no lawful basis for my arrest, detention, or deportation (the basises for my deportation not meeting the statutory threshold for having committed crimes involving moral turpitude--as caught by my Immigration Judge--as reported to ICE Counsel Mr. Thomas P. Molloy--as of my several attempts made to report the same to the DHS Office of Professional Responsibility having been illegally thwarted (as reported to ICE Auditing Officer Howard)); the issue being that I am targetted and framed, deprived protections, and subjected to cruelties and harassment, as well as illegal/wrongful prosecution arrest and deportation all to humiliate me for my race, relgion, ethnicity, national origin, ethnicity, and in whistleblower status; the government having presented false written testimony to the Immigration Judge in my deportation case; ICE/GEO Contractors having obstructed my appearing in active case hearings in matters that I have back in Oregon--wilfully obstructing justice--and wholesale disregarding and thwarting my good faith religious needs requests; herein I incorporating all of my digital and paper kytes, grievances, and PREA sexual abuse/harassment reports (3 in total) as well as phone recordings made of me and about me, and which I have submitted to ICE/GEO and other entities about my situation--all availible records.

(M) Oct. 9/26

APP 2

To Leon X,
Cousin, you are brave! May you be safe and happy forever.




**RED & WHITE (81) / US SS DIVISIONALIZED**

**DELTA DELTA DELTA (ΔΔΔ)**

**DIVISION 33**

**AGENT: *MERCILESS***

**OPERATION 'RENO FLOWER HURRICANE'** @ Oct. 9/26

APP 3

amid M. Hejazi
# 87103012
orthwest ICE Processing Center
623 E. "J" street
Tacoma, WA 98421

SEATTLE WA 980
14 OCT 2026 PM 4 L




Legal Mail

Clerk of the Court
U.S. District Court for Oregon Dist.
1000 S.W. Third Avenue
Portland, OR 97204

97204-293790