STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748
Telephone: +1 503-922-3042
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**Eugene Division**

| | |
|---|---|
| CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; and LEON X,<br>*Plaintiffs,*<br>v.<br>KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS, Acting Director of Immigration Customs Enforcement; CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE")<br>*Defendants.*[1] | Case No. 6:25-cv-01906-AA<br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

[1] Since the initial filing, Defendants' named officers are no longer holding office. Under Fed. R. Civ. P. 25 (d), their successors are automatically substituted as a party, namely Markwayne Mullin, as Secretary of the Department of Homeland Security ("DHS"); Andre Quinones, as Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); and David Venturella, as Acting Director of Immigration and Customs Enforcement (ICE).

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs CLEAR Clinic, Pineros y Campesinos Unidos del Noroeste (PCUN), and Leon X voluntarily dismiss without prejudice the complaint in this action. While Defendants filed a motion to dismiss claims against Defendant Customs and Border Patrol, ECF 91, Defendants have not yet served an answer or motion for summary judgment in this action. Thus, voluntary dismissal is appropriate at this procedural stage. *See Am. Soccer Co. v. Score First Enters., a Div. of Kevlar Indus.*, 187 F.3d 1108, 1112 (9th Cir. 1999) ("[I]f the defendant has not served an answer or a motion for summary judgment, the plaintiff may voluntarily dismiss the suit without interference from the district court."); *see also, e.g., U.S. D.I.D. Corp. v. Windstream Commc'ns*, 775 F.3d 128, 131 (2d Cir. 2014) (describing a plaintiff's voluntary dismissal under FRCP 41(a)(1)(A)(i) after the denial of a preliminary injunction).

Dated: November 5, 2026.

Respectfully submitted,

*/s/ Jordan Cunnings*

JORDAN CUNNINGS, OSB No. 182928
jordan@innovationlawlab.org
STEPHEN W MANNING, OSB No. 013373
stephen@innovationlawlab.org,
smanning@ilgrp.com
KELSEY LYNN PROVO, OSB No. 145107
kelsey@innovationlawlab.org
NELLY GARCIA ORJUELA, OSB No. 223308
nelly@innovationlawlab.org
INNOVATION LAW LAB
333 SW 5th Ave., Suite 200
Portland, OR 97204-1748

Telephone: +1 503-922-3042

*Attorneys for Plaintiffs*