IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CLEAR CLINIC; PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE; LEON X,

Plaintiffs,

v.

KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); TODD LYONS; LAURA HERMOSILLO; PETE FLORES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

Civ. No. 6:25-cv-01906-AA

**JUDGMENT**

---

AIKEN, District Judge.

Consistent with the Plaintiff's notice of voluntary dismissal, this case is DISMISSED without prejudice.

It is so ORDERED and DATED this 5th day of November 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge